AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Fas-Tes Franchise Systems, LLC

*Plaintiff(s)*

v.

Ramsey Diagnostics Corp., d/b/a Labb

*Defendant(s)*

Civil Action No. 2:26-cv-961

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ramsey Diagnostics Corp., d/b/a Labb
c/o Albert H. Poole (registered agent)
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason C. Greaves
BINNALL LAW GROUP, PLLC
717 King Street
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/14/2026

Eileen Price

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-961

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________
____________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: