UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**FAS-TES FRANCHISE SYSTEMS, LLC**,

*Plaintiff*,

v.

**RAMSEY DIAGNOSTICS CORP., d/b/a LABB**,

*Defendant*.

Case No. 2:26-cv-961-RBS

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Fas-Tes Franchise Systems, LLC ("Fas-Tes") seeks to maintain the status quo between itself, its exclusive supplier of testing software and equipment—Defendant Ramsey Diagnostics, Corp., d/b/a Labb ("Defendant")—and *most importantly* its franchisees, who depend on Defendant to operate their businesses. If Defendant is allowed to continue interfering with Fas-Tes's franchisees, and to inflate the price of its services and supplies in breach of its contract, Fas-Tes's business relationship with its franchisees will suffer irreparable harm.

Pursuant to Federal Rule of Civil Procedure 65(b), and as furthert argued in the accompanying memorandum in support, Fas-Tes hereby moves the Court to issue a Temporary Restraining Order and Preliminary Injunction. Fas-Tes seeks (a) an Order that enjoins Defendant from enforcing new pricing terms in derogation of the existing, ten-year agreement, (b) from further unnecessary contact with Fas-Tes's franchisees, and (c) requires continued performance under the terms of their

exclusive supplier agreement, pending resolution of litigation relating to that agreement.

Dated: September 18, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves, VSB No. 86164
Jared J. Roberts, VSB No. 97192
Katie L. Raymond, VSB No 101624
BINNALL LAW GROUP, PLLC
717 King Street
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
jared@binnall.com
katie@binnall.com

Robert M. Park (pro hac vice pending)
Chase C. Parsons (pro hac vice pending)
UHL, FITZSIMONS, BURTON, WOLFF & RANGEL, PLLC
4040 Broadway, Suite 430
San Antonio, Teas 78209
Phone: (210) 829-1660
Fax: (210) 829-1641
Email: rpark@uhlfitzsimons.com
cparsons@uhlfitzsimons.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE AND NOTICE**

I certify that on September 18, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notice of the filing to all counsel of record who are registered with CM/ECF.

I further certify that I have provided notice to Defendant of the requested emergency relief and emailed a copy of the forgoing to:

Todd D. Rothlisberger, Esq.
trothlisberger@pbp-attorneys.com

*Counsel for Defendant*
*Ramsay Diagnostics Corp., d/b/a Labb*

*/s/ Jason C. Greaves*
Jason C. Greaves, VSB No. 86164
Jared J. Roberts, VSB No. 97192
Katie L. Raymond, VSB No 101624
BINNALL LAW GROUP, PLLC
717 King Street
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
jared@binnall.com
katie@binnall.com

*Counsel for Plaintiff*