# Exhibit PD-2

ONE by Labb

# Proposed Partnership Framework

*Fastest Labs — Labb Strategic Partnership*

| | |
|---|---|
| **Prepared by:** | James Ramsey, President, Ramsey Diagnostics Corporation d/b/a Labb |
| **Date:** | May 31, 2026 |
| **Status:** | Proposed framework for discussion at the June meeting |

## Purpose

This document captures the proposed structure for a long-term strategic partnership between Fastest Labs and Labb. The framework reflects what Labb has built through a deliberate rebuild of the platform started in early 2025, drawing on more than a decade of technology development and nearly thirty years of operational experience in the drug testing industry. It defines the role Fastest Labs will play as a founding partner in that platform and the operational and economic structure that supports both companies' success across a ten-year term.

The intent is to provide a substantive framework that John and Matt can review and discuss internally before our meeting. The points below represent Labb's considered proposal, refined through the strategic work of the past eighteen months, and calibrated to recognize Fastest Labs' position while creating the foundation for both parties to grow into markets neither could reach alone.

## Strategic Frame

Labb has built ONE — the workplace, treatment, and corrections software and network layer that will become the industry standard. The platform launches into full beta on July 15, 2026 with approximately 18,500 active clinic sites. ONE replaces the functionality of eScreen and FormFox and adds substantial capability neither competitor offers: integrated CRM, in-platform video and proctored testing, training and certification, AI-assisted compliance, real-time single-payer accounting, and a unified collection-site network operating at national scale.

The strategy depends on aligning founding partners across the categories that define the industry. Cynergy is the founding MRO partner. A national laboratory partner will hold the founding lab position. Labb proposes that Fastest Labs join this architecture as the founding collection-site partner — the operational backbone of the network at the point where testing actually happens. This four-party founding architecture creates an entity that no current player can match. eScreen is controlled by Abbott. FormFox is controlled by CRL. Both serve the laboratory that owns them. ONE serves all founding partners in their respective categories, with network openness as a foundational principle that makes the platform the industry standard rather than a single-lab tool.

This document presents the founding partner structure as the primary proposal. Labb recognizes that this is a significant commitment and that Fastest Labs may prefer a more traditional vendor relationship. An alternative path on those terms is described later in this document. The intent is to lay out both options clearly so Fastest Labs can evaluate which structure best fits its strategic position.

## Acknowledging the Path That Brought Us Here

The Labb and Fastest Labs relationship is approaching its ninth year, currently operating under our second agreement, which was executed three and a half years ago. That agreement was written for an industry that looked very different than the one we operate in today. The arrangement we built then anticipated a relatively simple supplier relationship between an established laboratory technology provider and a growing franchise network. What has actually developed over the years since is substantially larger and more interconnected than the agreement contemplates.

Labb has provided support, technology development, and operational infrastructure that the agreement did not formalize or compensate. This was a deliberate choice on Labb's part. Through years of growth and transition at Fastest Labs, Labb absorbed the cost of supporting the franchisee network because the relationship mattered more than the immediate economics. Decisions that benefited the home office or franchisees while reducing Labb's revenue were made regularly. We looked at the whole picture, recognized Fastest Labs' financial position, and chose partnership over enforcement.

### *The Rebuild That Brought Us to ONE*

In early 2025, Labb made the most consequential strategic decision in the company's history. We made the deliberate choice to abandon the original platform that had been developed over more than a decade and rebuild from the ground up. The original platform represented millions of dollars in investment and years of accumulated work. Walking away from it was not an easy decision. We made it because the industry has reached a point where incremental improvement on the existing platform could not deliver what the market needs. The opportunity in front of us required a platform built for the next decade, not an extension of what we built for the last one.

The investment Labb has made in the rebuild over the past eighteen months has been substantial — in capital, in engineering capacity, in industry partnerships, and in the redirection of company resources away from short-term revenue toward platform development. This is the context for what ONE represents. It is not an iteration on Labb's existing software. It is a complete platform built deliberately to become the industry standard, drawing on more than a decade of accumulated experience operating in this market and on nearly thirty years of operational knowledge of the industry itself. Fastest Labs is being offered founding partner status in a platform that Labb has bet the company on building correctly.

That approach — absorbing years of unrecognized support, choosing partnership over enforcement, and now committing the company's resources to a complete platform rebuild — is not sustainable indefinitely under the existing economic arrangement. The current agreement and the operating reality have drifted far apart. The proposal below offers a structure that formalizes what has been informal and builds an economic foundation for the next decade. Importantly, the proposal does not seek to recover the years of absorbed support or the investment in the rebuild itself. It is offered as the structure Labb believes serves both parties best going forward, while leaving room for Fastest Labs to choose a different path if a more traditional arrangement is preferred. Labb has new revenue streams across the broader ecosystem that

allow this partnership to be priced for adoption and partnership rather than for revenue maximization. That choice is deliberate.

## What Labb Has Built for Fastest Labs

The platform Labb is offering Fastest Labs is substantially more than the software the original agreement contemplated. The capabilities below all operate within the Workplace Health platform and are available to Fastest Labs as the founding collection-site partner.

### *Operational Infrastructure*

The Workplace Health platform replaces the operational software stack that Fastest Labs franchisees currently assemble from multiple vendors. The single platform includes:

- Integrated CRM functionality (replacing tools like HubSpot at the franchisee level)
- Document and contract management (replacing PandaDoc and similar platforms)
- Video conferencing with AI-powered proctored testing capability
- Training and certification infrastructure for franchisees and staff
- Compliance support with AI-assisted audit and policy development
- Real-time single-payer accounting and client-side bookkeeping
- Point-of-sale functionality for franchisee operations
- Automated contracting and onboarding for new clinics
- Operational dashboards and visibility for both franchisees and the home office
- Operational standardization across the franchisee network

The platform does what the home office has not been able to accomplish on its own: it establishes consistent operational standards across all franchisees, gives the home office real visibility into franchisee operations, and provides the support infrastructure that franchisees experience as responsive and consistent. This addresses the central operational challenge of running a 250-franchisee network where each location has historically operated differently.

### *Franchise Management Capability — Twelve-Month Commitment*

Under the founding partner path described in this document, Labb commits to building franchise management capability into the Workplace Health platform within twelve months of agreement signing, with the explicit goal of allowing Fastest Labs to eliminate FranConnect entirely. The capability would be built to Fastest Labs' specifications rather than to FranConnect's generic feature set, giving Fastest Labs a franchise management infrastructure tailored to how they actually operate.

This means Fastest Labs would end up operating in a single integrated platform built specifically for their network, rather than maintaining FranConnect alongside other tools and reconciling between them. It also means Fastest Labs is investing in capability that becomes part of their version of the platform under the year-seven ownership structure described later in this document. The investment Fastest Labs has been making in FranConnect for years generates no equity. The investment in the Labb platform builds toward ownership of operational infrastructure tailored to Fastest Labs' specific business.

There is no additional fee for the franchise management capability. It is included in the Workplace Health platform subscription. The savings from eliminating FranConnect flow directly to Fastest Labs. This

commitment applies under the founding partner agreement and is not part of the alternative vendor arrangement described later.

***Drug Test Policy Builder***

Included in the Workplace Health platform at no additional charge. Standalone purchase pricing for an equivalent drug test policy is currently over $600 per policy. The Policy Builder is built into the platform with no per-policy or per-use fee for Fastest Labs franchisees or the home office. Franchisees can use it for client policy work as a revenue-generating capability. A single policy sold per month at standard market rates effectively covers the franchisee's platform subscription cost.

***eCommerce for the Home Office***

The platform includes eCommerce capability that the home office does not currently have. A consumer visiting FastestLabs.com can purchase a test, pay online, and have the test performed at an independent collection site in the network. Where the consumer's location is within a franchisee territory, the revenue flows to that franchisee. Where no franchisee territory exists, the revenue flows directly to the home office. This opens revenue capture for Fastest Labs across the majority of the country that current franchise coverage does not reach.

***Case Management***

The Case Management capability opens markets that Fastest Labs cannot currently compete in: treatment, corrections, and other case-driven testing programs. The market is substantially larger than workplace testing. Suboxone treatment alone represents approximately 24 million tests per month nationally. The only way to compete for this business is with software, proctored testing, and operational infrastructure that meets the requirements of these markets. Labb has built that infrastructure.

Case Management is sold by CPP members — which now includes the home office and any participating franchisees — to treatment centers, corrections programs, and similar organizations. There is no fixed cost for Case Management capability. Fastest Labs and franchisees pay nothing for access to the platform. Revenue is generated only when a Case Management contract is sold. This is opt-in revenue capability with no downside exposure.

Per-participant pricing is $14 to $21 in typical contracts, with a maximum charge to the participant of $35 per month. Revenue is allocated under the following structure: the first $10 of the per-participant fee flows to Labb, and amounts above $10 are split 40% to Labb and 60% to the CPP rep who sold and services the contract. Revenue scales directly with participant count and pricing tier; the examples below illustrate the mechanics but do not represent any ceiling on what CPP reps can earn.

A CPP rep (home office or franchisee) selling a contract with 500 participants at $17 per participant earns $4.20 per participant per month, or $2,100 per month in recurring revenue from that single contract. At 1,000 participants at $20 per participant, the rep earns $6,000 per month. At the maximum tier of $35 per participant, the rep earns $15 per participant per month — a 5,000-participant contract at that tier generates $75,000 per month in recurring revenue to the rep. There is no upper bound; revenue scales with the size of the contracts CPP reps sell.

Test kits and proctoring services associated with Case Management contracts are negotiated separately on each case.

The Case Management platform itself remains Labb's owned and operated infrastructure regardless of which partnership path Fastest Labs selects. The year-seven and year-ten ownership transfers described later in this document apply to the Workplace Health platform and the collection-site network. They do not include the Case Management platform. Fastest Labs participates in Case Management through CPP and captures the CPP rep portion of revenue; Labb retains ownership of the platform itself.

#### *Bid Technology*

Labb's bid technology infrastructure enables Fastest Labs to compete for and manage large-contract opportunities that would otherwise be inaccessible. The California bid is the most recent illustration: with this technology in place, similar opportunities can be pursued rather than declined. Bid technology operates within the broader platform; no separate fee structure applies.

### Channel Partner Program (CPP) — Restructured

CPP is Labb's distribution program. It is built on, operated by, and strategically directed by Labb across the broader founding partner network. Under the new framework, Fastest Labs gains expanded participation in CPP in ways that significantly increase the program's economic potential for both the home office and franchisees.

- CPP membership expands beyond the current 52 franchisees. Additional Fastest Labs franchisees can participate, subject to Labb's standard CPP onboarding and standards.
- The Fastest Labs home office becomes a CPP member, with the ability to sell across all CPP product and service categories — including Case Management, the largest market opportunity in the program.
- In territories where Fastest Labs franchisees do not participate in CPP, Labb's CPP infrastructure operates through other independent collection sites. This ensures the network maintains coverage and that the home office benefits from CPP activity in every territory where it occurs.

Strategic and commercial authority over CPP rests with Labb. Fastest Labs has visibility into CPP activity affecting its franchisees, operational involvement in franchisee participation, and meaningful economic participation in CPP revenue flowing through its network. CPP standards, partner relationships, and program direction are managed by Labb in alignment with the broader founding partner architecture.

### Economic Structure

The economic terms below reflect partnership pricing rather than market pricing. They recognize Fastest Labs' financial position and prioritize adoption and long-term success over short-term revenue maximization. Market context is provided where useful so the structure can be understood in proper perspective.

#### *Workplace Health Platform Subscription*

$500 per month per clinic for the Workplace Health platform, including all capabilities described above (CRM, documents, video, training, compliance, accounting, POS, contracting, Drug Test Policy Builder, network access, dashboards, and operational support).

Market context: industry research places franchise management software in the $200 to $800 per location per month range for generic franchise management capability, with implementation costs of $25,000 to $75,000 for setup and customization. The platforms in that pricing range — FranConnect, Naranga, and

similar offerings — provide franchise management, onboarding, and reporting, but do not include vertical drug-testing capability, do not replace the franchisee's separate CRM and document platform subscriptions, do not include proctored testing infrastructure, and do not include founding partner status with year-seven platform ownership transfer. The $500 figure represents a deliberate choice to price the platform substantially below its market value, reflecting Labb's commitment to partnership over revenue extraction. The twelve-month commitment to deliver franchise management capability described above is included in this subscription at no additional cost, and is intended to eliminate Fastest Labs' need for FranConnect entirely under the founding partner agreement.

The current Labb software license that Fastest Labs franchisees pay at $110 per month is replaced by the Workplace Health platform. The platform also replaces tools that franchisees currently pay for separately: CRM, document automation, video conferencing, POS, and others. The net new cost to a franchisee after accounting for these replaced tools is substantially less than the $500 headline figure suggests.

***Accounting Platform***

$99 per month for the first tier, covering up to $10,000 in monthly revenue per franchisee. Pricing scales with revenue above that tier. The fee is calibrated to recognize that small franchisees should not bear the same accounting cost as franchisees operating at substantial scale.

The accounting platform provides real-time single-payer settlement, automated reconciliation, cashflow acceleration, and home office visibility into franchisee revenue. It replaces the bookkeeping work that franchisees currently perform manually or through external bookkeepers, and gives the home office reliable visibility into network-wide revenue.

***Network Transaction Fee***

Calibrated to cost recovery for credit card processing, bad debt provision, debt service, and operational overhead associated with running the single-payer settlement infrastructure. This is not a profit center on Fastest Labs activity. If the fee structure proves unfavorable, Fastest Labs and its franchisees retain the option to operate outside Labb's single-payer system for collection transactions, with access to Labb's accounting platform preserved for their own records.

***Standard Transaction Markup***

Labb applies a 15% markup on contracts sourced through CPP, excluding POCT supply sales. This is the standard transaction structure that funds the platform's ongoing development and operation. Fastest Labs and its franchisees benefit from CPP sales through the revenue split described in the Case Management section and through the lab services margin transfer described below.

***POCT Supply***

The current bundled POCT structure moves to unbundled pricing. Franchisees pay for POCT supplies based on actual usage rather than a bundled rate. This change benefits franchisees with lower positive rates and aligns the economics more fairly across the franchisee network. Labb retains POCT exclusivity through the partnership. Should Labb exit POCT distribution at any future point, Fastest Labs holds first right of refusal to acquire the POCT distribution rights and become the exclusive POCT supplier for the Workplace Health platform.

***Lab Services Margin Transfer***

Under the current arrangement, Labb captures profit on lab services, MRO, and ancillary services flowing through Fastest Labs franchisees. Under the new framework, that profit shifts to the franchisee. The most concrete example: hair testing pricing is reduced by approximately $100 per test on average, with the savings flowing directly to franchisee margin. Franchisees with significant hair testing volume see substantial impact from this single change.

The broader lab services margin transfer compounds across product mix. Franchisees who run meaningful lab volume see this as one of the largest economic benefits of the new structure. The margin Labb previously captured on lab services is now available to Fastest Labs and its franchisees as additional profit on the same volume.

## Founding Partner Ownership Structure

Under the founding partner agreement, Labb commits to a defined ownership transfer to Fastest Labs structured across two milestones. The structure is designed to give Fastest Labs meaningful long-term security in the platform infrastructure while preserving the economic foundation of the partnership across the full ten-year term.

### *Year Seven — Platform Ownership Transfer*

At the end of the seventh year, Fastest Labs receives ownership of its version of the Workplace Health platform — the platform configured to Fastest Labs' specifications, including the franchise management capability built within the first twelve months and any other customizations developed specifically for Fastest Labs during the partnership. From year seven forward, Fastest Labs holds permanent ownership rights to this platform instance.

This ownership transfer is structurally parallel to what Labb is offering the other founding partners. LabCorp, if it accepts founding lab partner status, receives ownership of its version of the platform configured for its laboratory operations. Cynergy, in any future scenario where Labb builds capability specifically tailored to Cynergy's MRO operations, would receive ownership of that customization. Each founding partner ends up owning the platform instance built for their role. Labb retains ownership of the master platform infrastructure, the CPP distribution program, and the network architecture that connects the founding partner instances.

The scope of what Fastest Labs owns at year seven is the operational software platform tailored to its franchise network. This does not include the Case Management platform, which remains Labb's owned and operated infrastructure indefinitely. It does not include intellectual property rights that would let Fastest Labs offer the platform to others as a competing software product. It does not include CPP, which is Labb's distribution program.

### *Years Seven Through Ten — Continued Payment Obligation*

Fastest Labs continues paying the standard platform fee structure through year ten of the agreement, including during years seven through ten when Fastest Labs holds ownership of its platform instance. The payment continuation reflects the consideration for receiving ownership earlier than the natural end of the ten-year contract term. Labb's revenue trajectory is preserved across the full term; Fastest Labs gains the ownership asset three years earlier than the underlying contract would otherwise provide.

During years seven through ten, Fastest Labs continues to receive the full operational benefits of the partnership: ongoing platform support, integration with the broader founding partner network, CPP

participation, Case Management access, and all other elements described in this document. The ownership transfer at year seven changes Fastest Labs' position with respect to the platform instance itself; it does not change the operational relationship during years seven through ten.

***Year Ten — End of Term Provisions***

At the conclusion of the ten-year agreement, the broader founding partner architecture reaches its end-of-term provisions:

- Fastest Labs becomes free to compete with Labb. The forfeiture provision that operated during the term no longer applies. Fastest Labs may use its owned platform instance however it chooses, including offering services to other parties or developing capabilities beyond the partnership's scope.
- Mutual collection site ownership vests through the electronic contracting mechanism. The electronic contracts that have been used to onboard collection sites throughout the partnership contain provisions that give the founding partners shared ownership of the collection-site network relationships at this point. Each founding partner gains the ability to operate using these collection site relationships independently of Labb if it chooses to do so.
- The founding partners may continue operating together under whatever new arrangement they negotiate, or each may operate independently. The year-ten provisions create a clean optionality point rather than a forced separation.

***Protective Provisions During the Term***

Two protective provisions apply throughout the ten-year term and operate regardless of the year-seven and year-ten milestones above:

- Material adverse change at Labb. If Labb is acquired, dissolved, or otherwise materially compromised in its ability to operate the platform, the year-seven and year-ten ownership provisions accelerate. Fastest Labs and the other founding partners may operate using their respective platform instances and collection-site relationships either jointly without Labb, or each independently from one another. The protective provision applies to all four founding partners symmetrically, preserving each party's ability to continue operations regardless of what happens to Labb.
- Forfeiture in the event of strategic competition during the term. If Fastest Labs directly competes with Labb during the ten-year term by building, acquiring, or investing in a competing platform, the year-seven ownership transfer does not occur and the broader founding partner provisions are forfeited. This provision targets actual platform competition, not operational activity. Fastest Labs retains full flexibility to operate within other networks and serve markets that the partnership does not directly address.

## Network Openness and Founding Partner Status

The structural value of the ONE platform depends on its openness as the industry standard. Limiting the network to specific laboratories or specific MROs would undermine the value proposition for all parties, including the founding partners. Founding partners do not receive exclusivity over the network. What they receive instead is preferred partner status — a position of meaningful operational and economic advantage over all other network participants in their respective category.

For Fastest Labs as the founding collection-site partner, preferred partner status includes dedicated CPP distribution flowing through the home office and participating franchisees, preferred presentation in the platform for Fastest Labs locations, brand positioning as a founding architect of the network, and the lab services margin transfer described in the Economic Structure section.

The historical exclusivity provisions in the prior agreement — specifically the prohibition on offering the platform to ArchPoint Anylab and similar parties — do not carry forward in the same form. The network openness principle is foundational to the platform's value as an industry standard and applies to all founding partner agreements. Fastest Labs benefits more from being the founding collection-site partner in a platform that becomes the industry standard than it would from being the only company on a platform that stays small. The same logic applies to Cynergy and to the founding laboratory partner.

### Benefits for the Home Office

The new framework creates substantive benefits for Fastest Labs at the corporate level that the current arrangement does not provide:

- Operational standardization across the franchisee network. The platform provides what the home office has been unable to establish unilaterally: consistent operational standards, consistent support workflows, and consistent franchisee experience across all 250 locations. This significantly strengthens the franchisor's role and value to franchisees.
- Real-time visibility into network-wide revenue. The single-payer accounting infrastructure provides the home office with accurate, current visibility into franchisee revenue across the entire network, eliminating the reconciliation work and reporting delays that currently affect the 10% royalty structure.
- Direct CPP membership and revenue. The home office can sell Case Management and other CPP products and services directly, capturing the CPP rep portion of revenue (60% above the first $10 per participant in Case Management) on whatever business the home office's commercial team closes.
- eCommerce capability the home office does not currently have. Direct revenue capture across geographies where no franchisee territory exists, plus appropriate routing to franchisees where territory coverage applies.
- Access to markets Fastest Labs cannot currently compete in. Treatment, corrections, and other case-driven testing markets. These markets are larger than workplace testing and become accessible through Case Management infrastructure that Labb has built.
- Strengthened franchisor PR position. When franchisees experience consistent operations and consistent support across the network, the home office's role becomes clearer and its value proposition strengthens. The platform addresses the operational quality variation that has historically been a source of franchisee dissatisfaction.
- Founding partner status with platform ownership at year seven. The home office receives ownership of its version of the Workplace Health platform three years before the natural end of the contract term, with continued operational benefits through year ten and broader collection-site network ownership at year ten.

### Benefits for Franchisees

The platform creates substantial economic benefits for franchisees, particularly those operating at scale or building toward scale. The benefits compound with business volume.

- Lab services margin transfer. The profit Labb previously captured on lab services, MRO, and ancillary services moves to the franchisee. Hair testing alone sees approximately $100 per test in reduced pricing. Franchisees running meaningful lab volume see substantial impact.
- Drug Test Policy Builder revenue. The Policy Builder is built into the platform. A franchisee selling a single policy per month at standard market rates effectively covers the platform subscription. Additional policy sales generate pure margin.
- Case Management revenue opportunity. No fixed cost for capability; revenue captured only when contracts sold. Recurring monthly revenue scales with participant count and pricing tier with no upper bound; a single 500-participant contract at typical pricing produces around $2,100 monthly to the rep, and larger contracts produce proportionally more.
- CPP participation across product lines. Franchisees can become CPP members and sell across the program's product and service categories. The CPP infrastructure provides credentialed sales capability that operates at scale.
- Replacement of existing platform costs. The Workplace Health platform replaces the franchisee's separate CRM, document management, video conferencing, POS, and other tool subscriptions. The net new monthly cost to the franchisee after these replacements is substantially less than the headline $500 figure.
- Larger contract eligibility. Bid technology and Case Management infrastructure make franchisees eligible for contract opportunities they cannot currently pursue, including national accounts and case-driven testing programs.
- Operational efficiency. Single-payer accounting eliminates manual bookkeeping work. Real-time reconciliation accelerates cashflow. Integrated platform reduces the time franchisees spend on operational administration.
- Founding partner ownership stake through the franchise relationship. The home office's platform ownership at year seven and broader collection-site network ownership at year ten represent material assets that flow through the franchise relationship to franchisees.

The economic benefits scale with franchisee business activity. Franchisees operating at meaningful volume and actively using the platform's capabilities see substantial economic improvement. The platform is designed to support franchisees who are building real businesses and to provide infrastructure for growth into the scale at which the activity-based benefits become substantial.

### Alternative Path: Traditional Vendor Relationship

This document presents the founding partner architecture as Labb's primary proposal. Labb recognizes, however, that founding partner status is a significant commitment that may not align with Fastest Labs' current strategic preferences. Labb is open to a more traditional vendor relationship if Fastest Labs prefers that path. The alternative structure is described below so both options are clear before any decision is made.

Under the vendor alternative, Fastest Labs receives the same Workplace Health platform on the same financial terms described in the Economic Structure section. The platform subscription remains $500 per

month per clinic. The accounting platform, network transaction fee, standard transaction markup, POCT structure, and lab services margin transfer all operate identically. Drug Test Policy Builder, eCommerce capability, Case Management access through CPP, and bid technology are all available on the same terms.

The differences between the founding partner agreement and the vendor alternative are structural rather than economic on the operational side. Under the vendor alternative:

- The term is seven years rather than ten. The shorter horizon reflects the absence of founding partner commitments on both sides.
- There is no platform ownership transfer at year seven. Fastest Labs operates on the platform under the agreement but does not receive ownership of its version of the Workplace Health platform at any point.
- There is no year-ten end-of-term provision around competition or collection-site network ownership through electronic contracting. The vendor agreement ends at year seven on standard contract terms.
- The franchise management capability built within twelve months under the founding partner path is not included. Labb does not commit to building franchise management capability tailored to Fastest Labs' specifications. Fastest Labs continues using FranConnect or other franchise management software independently.
- Other founding partner protective provisions, including the material adverse change provision that allows founding partners to operate without Labb if Labb is materially compromised, do not apply.

The vendor alternative is a defensible commercial arrangement. The platform delivers substantial value on its own merits, and the economics remain favorable to Fastest Labs at the operating level. What is lost in the vendor alternative is the long-term ownership position and the structural protections that come with founding partner status. Whether those are worth the additional commitments associated with the founding partner agreement is a strategic judgment for Fastest Labs to make.

Labb's preference is the founding partner path. The platform was designed to be the industry standard, and the founding partner architecture is what creates that standard. Fastest Labs' participation as a founding partner is strategically meaningful to Labb's broader objective. That preference, however, does not require Fastest Labs to accept the founding partner structure. The choice rests with Fastest Labs, and both paths produce a viable working relationship.

### The Path Forward

The June meeting is structured to work through this framework substantively, address any items that need refinement, and establish a clear timeline for contract drafting and platform onboarding. The work has been delayed too long. Our objective for the meeting is to leave with a real framework agreed at the principle level, with the operational specifics defined sufficiently that counsel can begin drafting actual contract language in the following weeks.

Specific items appropriate for discussion in the meeting include: the exact definition of platform features included in the $500 monthly subscription, the precise mechanics of the year-seven platform ownership transfer and year-ten end-of-term provisions, the operational details of the CPP expansion, the timing and milestones for the transition from the current agreement to the new framework, the treatment of historical

considerations including any final reconciliation of the prior arrangement, and whether Fastest Labs prefers the founding partner path or the alternative vendor arrangement described in this document.

Labb is prepared to move quickly. ONE enters full beta on July 15, 2026, and Fastest Labs has the opportunity to be operating on the platform as the founding collection-site partner at launch. The platform's value to Fastest Labs and the broader founding partner architecture compounds with adoption velocity.

Looking forward to the conversation.

**James Ramsey**
President
Ramsey Diagnostics Corporation d/b/a Labb

ONE by Labb

## Fastest Labs Partnership Framework — Summary

*Reference page — supporting the full proposed partnership framework*

### Strategic Frame

- Fastest Labs as the founding collection-site partner in a four-party founding partner architecture
- Alongside Cynergy on MRO, a national laboratory partner on labs, and Labb on platform technology
- Together creating ONE — the new industry standard for workplace, treatment, and corrections testing
- Network openness as foundational principle; preferred partner status as the meaningful protection

### Historical Context

- Relationship approaching ninth year; current agreement executed three and a half years ago
- Labb has absorbed years of unrecognized support and tolerated contract deviation to preserve the relationship
- Labb's complete platform rebuild started early 2025, walking away from millions in prior investment
- New framework formalizes the partnership and looks forward; does not seek to recover absorbed support

### Workplace Health Platform — $500/month per clinic

- Integrated CRM (replaces HubSpot at franchisee level)
- Document and contract management (replaces PandaDoc)
- Video conferencing with AI-powered proctored testing
- Training, certification, and compliance infrastructure
- Real-time single-payer accounting and client-side bookkeeping
- POS functionality and automated contracting
- Operational dashboards and visibility for franchisees and home office
- Operational standardization across the franchisee network
- Drug Test Policy Builder included (standalone pricing $600+ per policy)
- Replaces current $110/month software fee plus separate franchisee subscriptions
- Market context: generic franchise software runs $200-$800 per location; $500 is partnership pricing below market value

### Franchise Management Capability — Twelve-Month Commitment

- Labb builds franchise management capability within twelve months of signing
- Built to Fastest Labs' specifications, not FranConnect's generic feature set
- Eliminates FranConnect entirely; savings flow directly to Fastest Labs
- Included in the $500/month subscription — no additional fee
- Custom infrastructure becomes part of Fastest Labs' year-ten co-ownership
- Investment in Labb builds equity; investment in FranConnect generates none

### Case Management

- Opens treatment, corrections, and case-driven testing markets that Fastest Labs cannot currently access
- Suboxone treatment alone: approximately 24 million tests per month nationally
- Per-participant pricing $14-$21 typical, $35 maximum charged
- First $10 to Labb; amounts above $10 split 40% Labb / 60% CPP rep
- No fixed cost — revenue only when contracts sold; opt-in capability with no downside

- 500 participants at $17/each = $2,100/month recurring to CPP rep
- 1,000 participants at $20/each = $6,000/month recurring to CPP rep
- 5,000 participants at maximum tier = $75,000/month recurring to CPP rep
- No upper bound; revenue scales with contract size
- Case Management platform remains Labb's owned infrastructure regardless of partnership path

### CPP Restructured

- CPP membership expands beyond current 52 franchisees
- Home office becomes CPP member — direct sales of Case Management and CPP products
- Non-participating territories: Labb uses other independent collection sites
- Strategic and commercial authority over CPP rests with Labb
- 15% Labb markup on contracts excluding POCT

### Economic Structure

- Workplace Health platform: $500/month per clinic
- Accounting platform: $99/month for first $10K in monthly revenue; scales above
- Network transaction fee: cost recovery only; opt-out preserved if unfavorable
- POCT moves from bundled to unbundled pricing; benefits low-positive-rate franchisees
- Labb retains POCT exclusivity; Fastest Labs has first right of refusal if Labb exits
- Lab services margin shifts from Labb to franchisees; hair tests reduce $100/test average

### Year-Seven and Year-Ten Founding Partner Ownership

- Year 7: Fastest Labs receives ownership of its version of the Workplace Health platform
- Years 7-10: Fastest Labs continues paying standard fee structure through year ten
- Year 10: Mutual collection-site ownership through electronic contracting; Fastest Labs free to compete
- Case Management platform remains Labb's owned infrastructure regardless of path
- Each founding partner owns their version; Labb retains master platform and CPP
- Material adverse change at Labb: founding partners may operate without Labb or each independently
- Forfeiture only if Fastest Labs directly competes by building or investing in a competing platform

### Alternative Path — Vendor Relationship

- 7-year term at the same financial terms as the founding partner agreement
- No platform ownership transfer; no year-seven or year-ten ownership provisions
- No franchise management capability build (no FranConnect replacement)
- No founding partner protective provisions
- Defensible commercial arrangement; choice rests with Fastest Labs

### Benefits Summary

- Home office: operational standardization, network-wide visibility, direct CPP revenue, eCommerce capability, access to treatment/corrections markets, FranConnect elimination, year-ten ownership
- Franchisees: lab services margin transfer, hair test savings, Policy Builder revenue, Case Management revenue opportunity, CPP participation, platform cost consolidation, larger contract eligibility, operational efficiency