# Exhibit PD-3

# AMENDMENT NO. ONE (1) TO THE EXCLUSIVE SUPPLIER AND MODIFIED SOFTWARE DEVELOPMENT AGREEMENT

This Amendment No. One (1) (this "Amendment") is entered into as of July 6, 2026 (the "Amendment Effective Date"), by and between Ramsey Diagnostics Corporation, d/b/a Labb ("Labb"), and Fastest Labs [full legal entity name] ("Fastest Labs"). Labb and Fastest Labs are referred to individually as a "Party" and together as the "Parties."

This Amendment amends that certain Exclusive Supplier and Modified Software Development Agreement, dated December 21, 2022 (as previously amended, the "Agreement"), between the Parties. Capitalized terms used but not defined in this Amendment have the meanings given to them in the Agreement.

RECITALS

WHEREAS, the Parties are parties to the Agreement, under which Labb provides software and related products and services used by Fastest Labs and its franchisees;

WHEREAS, the Parties wish to amend the Agreement to establish a revised fee structure applicable to Fastest Labs franchisees and to have Fastest Labs announce that structure to its franchisees; and

WHEREAS, the Parties wish to resolve certain past matters under the Agreement and to proceed in good faith toward a term sheet and a definitive agreement.

NOW, THEREFORE, in consideration of the mutual promises set forth below, and intending to be legally bound, the Parties agree as follows:

1. Franchisee Fee Announcement and Structure

1.1 Announcement. Fastest Labs shall make an announcement to all of its franchisees stating that, effective September 1, 2026, the fees set forth in this Section 1 apply to each franchisee.

1.2 Software Fee. Each franchisee shall pay Labb $249 per month for Labb software.

1.3 Revenue-Based Fee. In addition to the software fee, each franchisee shall pay Labb a revenue-based fee equal to $149 per month for each $10,000 of the franchisee's monthly revenue, or any portion thereof. The first $10,000 (or any portion of it) is $149; each time monthly revenue exceeds an additional $10,000 increment, another $149 is added. The fee is illustrated in the table below:

| Franchisee Monthly Revenue | Monthly Revenue-Based Fee |
|---|---|
| $0 to $10,000 | $149 |
| $10,001 to $20,000 | $298 |
| $20,001 to $30,000 | $447 |

| Franchisee Monthly Revenue | Monthly Revenue-Based Fee |
|---|---|
| $30,001 to $40,000 | $596 |
| Each additional $10,000 or portion thereof | Add $149 |

1.4 Application Regardless of Platform. The fees in this Section 1 apply to each franchisee regardless of which software platform the franchisee is then using.

1.5 Effective Date of Fees. The fees in this Section 1 begin on September 1, 2026. To the extent this Section 1 conflicts with any fee or pricing provision of the Agreement, this Section 1 controls as to Fastest Labs franchisees.

2. Term Sheet and Definitive Agreement

2.1 Term Sheet. The Parties shall work in good faith to complete a term sheet within five (5) business days after the Amendment Effective Date.

2.2 Definitive Agreement. The Parties shall work in good faith to complete and execute a final, definitive agreement on or before July 30, 2026.

3. Settlement of Past Contract Violations

3.1 Settlement Payment. Upon execution of the definitive agreement described in Section 2.2, Fastest Labs shall pay Labb $100,000 in resolution of past violations of the Agreement.

3.2 Reservation of Rights. Until the entire $100,000 described in Section 3.1 has been paid to Labb in full, Labb reserves all of its legal rights and remedies under the Agreement and at law, and may pursue them in a court of competent jurisdiction. Nothing in this Amendment waives, releases, or limits any such right or remedy prior to payment in full.

3.3 Release upon Payment and Execution. Upon both (a) payment of the entire $100,000 described in Section 3.1 to Labb in full, and (b) execution of the definitive agreement described in Section 2.2, all past exclusivity violations under the Agreement occurring prior to the Amendment Effective Date shall be released, discharged, and forgiven, and Labb shall have no further claim against Fastest Labs arising from those violations. This release becomes effective only upon satisfaction of both conditions in clauses (a) and (b), and not before.

4. Effect of Amendment; General

4.1 Continuing Effect. Except as expressly amended by this Amendment, the Agreement remains in full force and effect in accordance with its terms. This Amendment is incorporated into and made a part of the Agreement.

4.2 Conflict. In the event of any conflict or inconsistency between this Amendment and the Agreement, this Amendment controls.

4.3 Governing Law. This Amendment is governed by the laws of the Commonwealth of Virginia, without regard to its conflict-of-laws principles.

4.4 Counterparts and Electronic Signatures. This Amendment may be executed in counterparts, including by electronic signature, each of which is deemed an original and all of which together constitute one instrument.

IN WITNESS WHEREOF, the Parties have executed this Amendment as of the Amendment Effective Date.

RAMSEY DIAGNOSTICS CORPORATION, d/b/a LABB

By: James Ramsey
Title: President
Date: 07/06/2026

FAS-TES FRANCHISE SYSTEMS, LLC, d/b/a Fastest Labs

By: Matt Kunz
Title: CEO
Date: 07/06/2026