# Exhibit PD-4

FASTEST LABS
CLEAN FAST TESTING

**John Smith <john@fastestlabs.com>**

## Update on Goerges

6 messages

**Jeff Konecke** <jeff.Konecke@labb.com> Wed, Jul 15, 2026 at 2:27 PM
To: John Smith <john@fastestlabs.com>

Hi John

Please remove the Georges from the "short list"

We have finished doing a further "deep dive" into their clinics. Between - Passports, Document/Test Uploads, Labs, breath alcohol and Actual Tests. There is explanations for what they did. When this was combined with a full analysis of purchases going back the 14 months and review of current inventory, their site seems to be in compliance.

Final numbers show sufficient inventory purchased and inventory to account for and accommodate the revised "test numbers".

We have also finished looking at about 160 other sites. The difference - if any - between tests run, direct reads and purchases are minor.

Thank You

Jeff

---

**John Smith** <john@fastestlabs.com> Mon, Jul 20, 2026 at 5:03 PM
To: Jeff Konecke <jeff.Konecke@labb.com>

Jeff, we need to understand where things stand on the audits. From our vantage point, not much has come of them. Ilan was sorted out with James about 2 months ago. Monica is the only one I don't know about. Can you outline what you've actually found and what remains outstanding?

**It is our pleasure to serve,**

**John Smith** / Executive Vice President

Office: 210-641-2058

**Fas-Tes Franchise Systems LLC**

5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

FASTEST LABS
CLEAN FAST TESTING




NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

[Quoted text hidden]

---

**Jeff Konecke** <jeff.Konecke@labb.com> Mon, Jul 20, 2026 at 7:22 PM
To: John Smith <john@fastestlabs.com>

Hi John

We only worked on three. George's we have determined could be accounted for in the numbers.

However Ilan was not sorted out. The pictures he sent do not explain the vast difference we found. Plus the "inventory" he had then has not changed compared to amount of tests done. Thus we stand behind the numbers we found.

Concerning Monica we provided the numbers and are looking to you for more info on her numbers and how she explains them to you.

Thank you
Jeff

Get Outlook for iOS

---

**From:** John Smith <john@fastestlabs.com>
**Sent:** Monday, 20 July 2026 18:03:25
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Subject:** Re: Update on Goerges

[Quoted text hidden]

---

**John Smith** <john@fastestlabs.com> Mon, Jul 20, 2026 at 8:00 PM
To: Jeff Konecke <jeff.Konecke@labb.com>
Cc: Matt Kunz <matt@fastestlabs.com>

You said below you finished looking at 160 other offices?

I'll talk to Monica. She told me y'all had a call set up.

John Smith
Fas-Tes Franchise Systems
[Quoted text hidden]

---

**Matt Kunz** <matt@fastestlabs.com> Tue, Jul 21, 2026 at 5:27 AM
To: John Smith <john@fastestlabs.com>

Did we share the full email exchange between James and Ilan?

Thank you,

**Matt Kunz** / President & CEO

Office: 210-641-2058

Cell: 815-739-1218

matt@fastestlabs.com

Book Time With Me

FASTEST LABS®
CLEAN FAST TESTING

5718 University Heights Blvd

Suite 105

San Antonio, Texas 78249

http://fastestlabs.com/

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---

**From:** John Smith <john@fastestlabs.com>
**Date:** Monday, July 20, 2026 at 8:00 PM
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Cc:** Matt Kunz <matt@fastestlabs.com>
**Subject:** Re: Update on Goerges

You said below you finished looking at 160 other offices?

I'll talk to Monica. She told me y'all had a call set up.

John Smith
Fas-Tes Franchise Systems

On Mon, Jul 20, 2026 at 7:22 PM Jeff Konecke <jeff.Konecke@labb.com> wrote:

> Hi John
>
> We only worked on three. George's we have determined could be accounted for in the numbers.
>
> However Ilan was not sorted out. The pictures he sent do not explain the vast difference we found. Plus the "inventory" he had then has not changed compared to amount of tests done. Thus we stand behind the numbers we found.
>
> Concerning Monica we provided the numbers and are looking to you for more info on her numbers and how she explains them to you.
>
> Thank you
>
> Jeff
>
> Get Outlook for iOS
>
> **From:** John Smith <john@fastestlabs.com>
> **Sent:** Monday, 20 July 2026 18:03:25
> **To:** Jeff Konecke <jeff.Konecke@labb.com>
> **Subject:** Re: Update on Goerges
>
> Jeff, we need to understand where things stand on the audits. From our vantage point, not much has come of them. Ilan was sorted out with James about 2 months ago. Monica is the only one I don't know about. Can you outline what you've actually found and what

remains outstanding?

**It is our pleasure to serve,**

**John Smith** / Executive Vice President

Office: 210-641-2058

**Fas-Tes Franchise Systems LLC**

5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

[Quoted text hidden]

---

**Jeff Konecke** <jeff.Konecke@labb.com> Tue, Jul 21, 2026 at 6:11 AM
To: John Smith <john@fastestlabs.com>
Cc: Matt Kunz <matt@fastestlabs.com>

Hi

John
We did not continue going through anymore at this point. When the amendment to agreement was signed we told you we wanted to pursue three. Those were the ones I gave you. With Ilana md Monica left.

At this point we have an agreement so I am not going further since we stated what we would do.

Jeff

Get Outlook for iOS

---

**From:** John Smith <john@fastestlabs.com>
**Sent:** Monday, 20 July 2026 21:00:38
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Cc:** Matt Kunz <matt@fastestlabs.com>
[Quoted text hidden]

[Quoted text hidden]