# Exhibit PD-5

**John Smith <john@fastestlabs.com>**

# Fwd: [EXTERNAL] Re: CRL - CYNERGY MRO FW: [EXTERNAL] RE: Missing owner information

6 messages

**Marvin Spears** <marvin.spears@fastestlabs.com> Mon, Sep 30, 2024 at 2:25 PM
To: John Smith <john@fastestlabs.com>, James Ramsey <james@labb.com>

Gents - I thought with the Universal Chain of Custody we could move USDTL and CRL over to Cynergy so the results can be added directly to Labb Portal. Did I misunderstand the upgrade?

See below.

**It is our pleasure to serve,**

**Marvin Spears | Owner-Operator**

Cell: 770.362.4605

AFTER HOURS TESTING: 770.362.4605

marvin.spears@fastestlabs.com

FASTEST LABS
CLEAN FAST TESTING

**Fastest Labs of Asheville**

18 Regent Park Blvd, Suite E | Asheville, NC 28806

**Fastest Labs of Lawrenceville**

1130 Hurricane Shoals Rd NE, Suite 2340 | Lawrenceville, GA 30043

**Fastest Labs of Gainesville**

955 Interstate Ridge Dr, Suite J1 | Gainesville, GA 30503

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information that is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---------- Forwarded message ---------
From: **New Customer** <newcustomer@cynergymro.com>
Date: Mon, Sep 30, 2024 at 2:54 PM
Subject: RE: [EXTERNAL] Re: CRL - CYNERGY MRO FW: [EXTERNAL] RE: Missing owner information
To: Marvin Spears <marvin.spears@fastestlabs.com>

Cynergy is the MRO for Fastest Labs under LABB for Quest.

USDTL and CRL do NOT fall under LABB.

You then become a direct customer of Cynergy's for USDTL and CRL.

If you have questions you can contact John Smith with Fastest Labs. It is under his direction that we are to do this.

**John Smith** / Executive Director of Operations

Office: 210-641-2058

john@fastestlabs.com

Thank you,

New Customer SetUp Team

CYNERGY
BETTER TOGETHER.

---

**From:** Marvin Spears <marvin.spears@fastestlabs.com>
**Sent:** Monday, September 30, 2024 1:32 PM
**To:** New Customer <newcustomer@cynergymro.com>
**Subject:** [EXTERNAL] Re: CRL - CYNERGY MRO FW: [EXTERNAL] RE: Missing owner information

You don't often get email from marvin.spears@fastestlabs.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Can someone please give me a call to discuss. I am confused by the message. Cynergy is the MRO for all of Fastest Labs. I submitted paperwork to have Cynergy added as the MRO for my CRL account.  Not sure what the issue is.

**It is our pleasure to serve,**

**Marvin Spears | Owner-Operator**

Cell: 770.362.4605

AFTER HOURS TESTING: 770.362.4605

marvin.spears@fastestlabs.com

FASTEST LABS®
CLEAN FAST TESTING

**Fastest Labs of Asheville**

18 Regent Park Blvd, Suite E | Asheville, NC 28806

**Fastest Labs of Lawrenceville**

1130 Hurricane Shoals Rd NE, Suite 2340 | Lawrenceville, GA 30043

**Fastest Labs of Gainesville**

955 Interstate Ridge Dr, Suite J1 | Gainesville, GA 30503

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information that is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

On Mon, Sep 30, 2024 at 2:17 PM New Customer <newcustomer@cynergymro.com> wrote:

> Marvin,
>
> We received a specimen in our system for your company. We do NOT have you set up. So our team went to CRL to ask about this.
>
> They sent us over this paperwork stating you will be a direct bill customer of ours. This does not fall under LABB this would be separate so in order to become a direct customer of ours we need you to signed and date (2nd page) our pricing agreement and send both pages back and fill out our new customer set up form and submit it to us. Once we receive the signed pricing agreement back we can get you set up in our system and review the result.

New Customer Setup Form URL: https://secure.highlandwebforms.com/forms/18146/24394/GL7H/form.html

Thank you,

New Customer SetUp Team

CYNERGY™
BETTER TOGETHER.

---

**From:** Emily Restel <Emily.Restel@crlcorp.com>
**Sent:** Monday, September 30, 2024 11:32 AM
**To:** New Customer <newcustomer@cynergymro.com>
**Subject:** [EXTERNAL] RE: Missing owner information

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon,

This client updated the MRO to you on the 17th so the specimen was probably from that transition. You should be good to go with reviewing the specimen.

Let me know if you need assistance with anything else.

Thank you much,

**Emily Restel**

Customer Experience Specialist

**P** 800-452-5677

CLSCS@crlcorp.com I CRLcorp.com

**For Quality Assurance, please REPLY ALL when responding to emails.**

---

**From:** New Customer <newcustomer@cynergymro.com>
**Sent:** Monday, September 30, 2024 11:27 AM
**To:** Emily Restel <Emily.Restel@crlcorp.com>
**Subject:** Missing owner information

Hello,

Specimen ID 2084189870 showed up in our system under lab account FJA.NON1.DEFNON. There is a different MRO on the CCF, so not sure if we should be processing the result.

Thank you,

New Customer SetUp Team

CONFIDENTIALITY NOTICE: The information in this message, and any attachment, is intended for the sole use of the individual and entity to whom it is addressed. This information may be privileged, confidential, and protected from disclosure. If you are not the intended recipient you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it, or its contents, is strictly prohibited. If you think that you have received this message in error please notify the sender and destroy all copies of this communication and any attachments. Thank you.

---

**John Smith** <john@fastestlabs.com> Mon, Sep 30, 2024 at 2:37 PM
To: Marvin Spears <marvin.spears@fastestlabs.com>
Cc: James Ramsey <james@labb.com>

Just means that you pay them directly...info can still be released to Labb

**It is our pleasure to serve,**

**John Smith** / Executive Director of Operations

Office: 210-641-2058

**Fas-Tes Franchise Systems LLC**

5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

[Quoted text hidden]

---

**Marvin Spears** <marvin.spears@fastestlabs.com> Mon, Sep 30, 2024 at 2:44 PM
To: John Smith <john@fastestlabs.com>
Cc: James Ramsey <james@labb.com>

To confirm - pay Cynergy directly? Is the price the same to pay directly?

**It is our pleasure to serve,**

**Marvin Spears | Owner-Operator**

Cell: 770.362.4605

AFTER HOURS TESTING: 770.362.4605

marvin.spears@fastestlabs.com

FASTEST LABS®
CLEAN FAST TESTING

**Fastest Labs of Asheville**

18 Regent Park Blvd, Suite E | Asheville, NC 28806

**Fastest Labs of Lawrenceville**

1130 Hurricane Shoals Rd NE, Suite 2340 | Lawrenceville, GA 30043

**Fastest Labs of Gainesville**

955 Interstate Ridge Dr, Suite J1 | Gainesville, GA 30503

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information that is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

[Quoted text hidden]

---

**John Smith** <john@fastestlabs.com> Mon, Sep 30, 2024 at 2:45 PM
To: Marvin Spears <marvin.spears@fastestlabs.com>
Cc: James Ramsey <james@labb.com>

Yes and yes

**It is our pleasure to serve,**

**John Smith** / Executive Director of Operations

Office: 210-641-2058

**Fas-Tes Franchise Systems LLC**

5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

[Quoted text hidden]

---

**James Ramsey** <james@labb.com> Mon, Sep 30, 2024 at 2:51 PM
To: John Smith <john@fastestlabs.com>, Marvin Spears <marvin.spears@fastestlabs.com>

Marvin,

Make sure you have CRL and USDTL reporting to Cynergy and let Cynergy know to report to Labb.

James

---

**From:** John Smith <john@fastestlabs.com>
**Sent:** Monday, September 30, 2024 3:45 PM
**To:** Marvin Spears <marvin.spears@fastestlabs.com>
**Cc:** James Ramsey <james@labb.com>
**Subject:** Re: [EXTERNAL] Re: CRL - CYNERGY MRO FW: [EXTERNAL] RE: Missing owner information

[Quoted text hidden]

---

**Marvin Spears** <marvin.spears@fastestlabs.com> Mon, Sep 30, 2024 at 2:55 PM
To: James Ramsey <james@labb.com>
Cc: John Smith <john@fastestlabs.com>

Will do - thx.

**It is our pleasure to serve,**

**Marvin Spears | Owner-Operator**

Cell: 770.362.4605

AFTER HOURS TESTING: 770.362.4605

marvin.spears@fastestlabs.com

FASTEST LABS®
CLEAN FAST TESTING

**Fastest Labs of Asheville**

18 Regent Park Blvd, Suite E | Asheville, NC 28806

**Fastest Labs of Lawrenceville**

1130 Hurricane Shoals Rd NE, Suite 2340 | Lawrenceville, GA 30043

**Fastest Labs of Gainesville**

955 Interstate Ridge Dr, Suite J1 | Gainesville, GA 30503

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information that is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

[Quoted text hidden]