# Exhibit PD-6

recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---------- Forwarded message ---------
From: **James Ramsey** <james@labb.com>
Date: Tue, Sep 1, 2026 at 9:41 AM
Subject: New discounts, products, marketing programs and more!
To: Labb Info <info@labb.com>

Labb®

LABB UPDATE BULLETIN
SEPTEMBER 2026

EFFECTIVE SEPTEMBER 1, 2026

# Discounts, new products, lead gen pilot program & amazing success stories

We have a lot to share this September and it is all good news. This email is full of exciting information that should help your business revenue and profits improve.

01 THE PRICE DROP

## Lower pricing for hair testing

### Now win bigger deals with better margins

Not only can you quote and win bigger deals, your profit margins will sky-rocket with up to 80% off Omega hair test pricing. New discounted hair pricing is effective for all collections performed starting September 1, 2026.

**IMPORTANT:** Omega is the authorized hair testing laboratory. New discounts are available under the new Labb pricing effective September 1, 2026.

See New Omega Pricing - Up to 80% off

---

02 **NEW BREATH DRUG TESTS**

# Breath test expands past "THC Only"

Be one of the first in the nation to offer Cannabix

Check your Fastest Labs Products and Services price sheet for the all new Omega breath test pricing. Labb plans to hold a webinar on this product the first week of October.




Learn More - Visit Omega Labs

---

03 **NEW FOR CPP MEMBERS**

# Ready for more leads?

## Join the Labb CPP email marketing pilot program

Starting this September, Labb is launcing a new email marketing pilot program for CPP members. During the pilot, the program is 100% free. This new marketing campaign is built to put qualified prospects in front of CPP members.

**Measured ramp-up.** From 25 to 250 emails per day per sending address over 90 days, which protects email deliverability.

**Lowest cost per lead.** Nothing else in the partner toolkit produces leads faster and cheaper.

**Three markets in the CPP crosshairs.** As voted on by CPP members - Manufacturing, Logistics/Fulfillment, & Construction.

**No geographical territories.** Prospects are matched by a variety of criteria, not always by geographical boundries.

**Supports calling, does not replace it.** Email maketing creates the opportunities for CPP members to close.

Join the CPP    See Email Campaign Drafts

04 **NEW CPP MEMBERS REVENUES**

# Members double revenue with CPP

Some CPP members report more than doubling company revenue since joining, and they expect the CPP side of their business to account for more than 80%  of their total revenue in the coming year. Several members are working on sizable opportunities worth millions of dollars per year in profit. Most of the larger drug testing programs on the market today fall into the CPP realm.

CPP MEMBER SPOTLIGHT

**$140,000**

**in net new revenue over a 4 month period**

---

**Spencer Davidson** of Utah was reported that he was the number one Fastest Labs franchisee recently. He expanded his business by growing revenue through the CPP. It is important to understand that Spencer operates in the same market conditions you are working in, with the same tools available to every CPP member.

---

05 **CPP ENROLLMENT IS OPEN**

# The CPP membership is growing fast

The Channel Partner Program recently added new members, and the door is now open. Membership is $60 a month. Getting started is as simple as signing the CPP agreement and showing up to CPP meetings. The next CPP meeting is Wednesday, Setpember 10th.
Members get the rights to resell Labb products and services as well as early access to the LabbHR platform, background checks, and new rapid test kits.

## What is the CPP?

The CPP or Channel Partner Program is designed to help Labb customers to create passive income by helping to service employers who conduct in-house testing programs.

Learn More about CPP

If you want to talk to existing CPP members, below is a list of just a few of our more active members:

Marvin Spears - Marvin@fastestlabs.com
Spencer Davidson - Spencer.D@fastestlabs.com
Charlie Reeves - Charlie.Reeves@fastestlabs.com
David Shelton - David.Shelton@fastestlabs.com
John McLellan - John.Mclellan@fastestlabs.com
Tony Rittenberry - Tony.Rittenberry@fastestlabs.com
Brian Prusik - Brian.p@fastestlabs.com
Jeri Burt - jeri.burt@fastestlabs.com

Questions on pricing, the email program, or enrollment?
Email: **Angela@labb.com**.

**Confidential.** This pricing is provided to Fastest Labs franchisees is strictly confidential. Please do not forward, publish, or share it outside your location.
**Important:** Savings of as much as 80% are measured against prior Omega hair testing pricing and vary by panel and by positive rate. Revenue figures are reported by individual members for their own locations. They describe past results and expectations at those locations, they are not typical of every participant, and they are not a projection or guarantee of what any other location will earn.

---

LabbHR

HELP    PROVIDE FEEDBACK ON LABBHR

# Join other Power Users on LabbHR?

LabbHR is getting close to rolling out and we have been working with a number of Fastest Labs franchisees to ensure the new technology surpasses all of your expectations.

Your feedback and that of your clients is critical to our mutual success. LabbHR was built for clinics. It is designed to run your entire company and provide almost every technology you will need to be successful. Remember, LabbHR is not just another drug testing platform...it is the next generation of Labb technology designed to help your company expand rapidly while keeping costs down.

Contact Tony Maine to get early LabbHR access

True Privacy with Real Protection™

Ramsey Diagnostics Corporation d/b/a Labb
2115 Granby Street, Norfolk, VA 23517
info@labb.com

**James Ramsey**
CEO
Labb

(o) 877 868 9967 | (d) 757 805 9652
James@Labb.com
labb.com
2115 Granby Street
Norfolk VA 23517

[redacted] [redacted]

[redacted]

[redacted]