# Exhibit PD-7

10:47 5G

The one at South was
617247

2 JR James

Looking into it.

Thanks! This happens all the time for us when we are at the office testing after 5

Delivered

We have not heard of this before. I am pulling the data on the three SD numbers provided. I do need to let you know that your office was flagged as buying third-party POCTs. It is not speculation at this point. It is a fact. I will look into these SD numbers, but we will not be Turing on direct read for your office again. One franchisee reported you personally as saying “I never knew we had to buy Labb branded test kits”. So I will look into this, but your facility is under an audit right now.

iMessage