# Exhibit PD-8

[redacted]

---------- Forwarded message ---------
From: **James Ramsey** <james@labb.com>
Date: Tue, Sep 15, 2026 at 12:54 PM
Subject: New Updates with more game changing technology by Labb!
To: Angela Ramsey <angela@labb.com>
CC: Kelly Ramsey <kelly.ramsey@labb.com>

**Client Update**
September 2026

What's new at Labb

## Three updates you'll want to know about.

Email marketing goes live this week, LabbHR starts rolling out in the next several weeks, and we are sharing a first look at some of the new nanotechnology coming out in 2027.

01 | Launching this week

### Email marketing is live for 32 CPP clinics

32 CPP clinics are enrolled in the GoLabb.com email marketing campaigns, reaching employers in construction, manufacturing, and logistics/fulfillment.

Each CPP member will send up to 1,250 emails per week through the GoLabb.com campaigns. Volume starts at 25 prospects per day and ramps to 250 per day over 90 days. Replies forward automatically to your FastestLabs.com email address, so new conversations land in the inbox you already use.

| 32 | 3 | 1,250 | 90 |
|---|---|---|---|
| Clinics enrolled | Industries | Emails / week | Day ramp |

**Enrollment closes this Thursday, September 17.**
Not enrolled yet? Reply now to save your clinic's spot.

Send email to Kelly.Ramsey@labb.com

---

02 | Rolling out in the coming weeks

### LabbHR is almost here. Help shape it.

The LabbHR platform starts rolling out in the next several weeks, and we're still looking for clients to join the **LabbHR Power Users Group**. Power users get early access to the platform and a direct voice in how it's built.

As a power user, you will

- ✓ **Get early release access** to LabbHR before general availability.
- ✓ **Help decide which features roll out first** and how those features work.
- ✓ **Make sure the software is exactly what users need**, because it's built around your feedback.

Send email to Tony.Maine@labb.com

03 | Coming in 2027

## Screen and confirm, without shipping to a lab.

Alongside continued LabbHR updates, Labb will release two new hardware drug analyzers in 2027.

**Rapid screen**

(mobile app)

- Urine
- Oral fluid
- Hair

**Rapid confirmation**

(hardware)

- Urine
- Oral fluid
- Hair
- Blood
- Surface

A single LabbHR Analyzer confirms drug levels across every specimen type. Labb expects the new analyzer technology to be comparable to traditional lab pricing, with results reported in through LabbHR portals.

Imagine screening and confirming all types of samples without shipping anything to a lab!

**The LabbHR Analyzers comes in two formats**

Desktop unit




Mobile unit




**Clinical trials begin Q4 2026**

Want to take part in clinical trials or the first pilot program?

**Send email to James@Labb.com**

**Important**

The LabbHR Analyzers are scheduled for full release in **Q2 2027**, pending final validations, the pilot program, and economic analysis.

These analyzers do more than speed up testing. They are the first of their kind in the industry: Chromatographic immunoassay delivers lab-quality, quantitative results (ng/mL) in seconds.

These new systems may require the purchase of mechanical freezers for sample retains and new SOPs for qualifying clinics. A minimum testing volume may be required for users.

Ramsey Diagnostics Corporation d/b/a Labb
2115 Granby Street, Norfolk, VA 23517
info@labb.com

**True Privacy with Real Protection™**

The Labb R mob e app and Labb R ana yzers are n the f na stages of deve opment. Features, spec men types, pr c ng, formats, and ava ab ty are forward- ook ng, subject to change, and dependent on c n ca tr a resu ts and app cab e regu atory requ rements.

You're rece v ng th s because you're a Labb c ent. Unsubscr be

**James Ramsey**
CEO
Labb

(o) 877 868 9967 | (d) 757 805 9652
James@Labb.com
labb.com
2115 Granby Street
Norfolk VA 23517