**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **FAS-TES FRANCHISE SYSTEMS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**RAMSEY DIAGNOSTICS CORP., d/b/a LABB,**<br><br>*Defendant.* | Case No. 2:26-cv-961-RBS |

## [PROPOSED] ORDER

This matter came before the court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. For the reasons stated in the Motion, the accompanying Memorandum in Support, and because the Court finds good cause exists, Plaintiff's motion is **GRANTED**. It is hereby

**ORDERED** that, until this Court adjudicates the merits of Plaintiff's case and enters final judgment, an injunction is hereby entered ordering as follows:

(a) Enjoining Defendant from enforcing the LOI's pricing terms and requiring Defendant to continue operating under the pricing established by the 2022 Agreement;

(b) Enjoining Defendant from non-essential direct contact with FTFS franchisees regarding this dispute, pricing changes, or exclusivity allegations; and

(c) Requiring Defendant to continue providing products and services under the 2022 Agreement's terms, with full functionality.

**SO ORDERED.**

Dated: ________________, 2026

________________________________
United States District Judge