**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**FAS-TES FRANCHISE SYSTEMS, LLC,**

***Plaintiff,***

v. Case No. 2:26-cv-961

**RAMSEY DIAGNOSTICS CORP., d/b/a LABB,**

***Defendant.***

**DECLARATION OF JEFFERY KONECKE ON BEHALF OF DEFENDANT**

I, Jeffery Konecke, President of Defendant Ramsey Diagnostics, Corp., d/b/a Labb ("Labb") hereby make the following declaration:

1. I am over eighteen years of age and competent to make this declaration. I am the President of Ramsey Diagnostics Corporation d/b/a Labb ("Labb"), headquartered at 2115 Granby Street, Norfolk, Virginia 23517. I began working with Labb in April 2026 as a consultant, and in my early communications and meetings with Fastest Labs I described myself as joining Labb as Vice President of Sales. In June 2026, Labb decided internally that I would become President and that Mr. Ramsey would serve as Chief Executive Officer, and from that point I used the title President. I became a Labb employee on July 1, 2026. Labb's Board of Directors formally approved my appointment as President at its meeting in August 2026. My employment agreement identifies my initial position as Vice President of Sales. The facts stated in this declaration are within my personal knowledge or are based on my review of Labb's business records and correspondence maintained in the ordinary course of Labb's business.

2. John Smith, Executive Vice President of Fas-Tes Franchisee Systems, LLC ("Fas-Tes") asserted in his declaration that Labb intends to imminently shut off "the original or

modified software currently being used by Fas-Tes and it franchisees. (Smith, John Decl. Doc. 8-1 ¶ 18.) Similarly, in his declaration Mr. smith states there will be an "economic emergency…would result from Labb shutting off the software then and currently being used by Fas-Tes and its franchisees." *Id.* at ¶ 7.) Both of these statements are false.

3. Labb has not shut off Labb Station or Lab Fusion and has no plan to do so.

4. Labb will continue to maintain and support the current system.

5. Labb has sent no communication to Fas-Tes or any of its franchisees indicating Labb intends to imminently shut off the software.

6. Labb has the contractual right to suspend a user's access for violations of its Terms of Service or for non-payment more than 30 days past due. However, Labb has kept franchisees on the platform even after violations Terms of Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2026 in Norfolk, Virginia.

Jeffery Konecke, President
Ramsey Diagnostics, Corp., d/b/a
Labb