**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **FAS-TES FRANCHISE SYSTEMS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**RAMSEY DIAGNOSTICS CORP., d/b/a LABB,**<br><br>*Defendant.* | Case No. 2:26-cv-961-RBS-LRL |

**PLAINTIFF'S REPLY FOR REQUEST FOR EXPEDITED HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The current matter before this Court is consideration of Plaintiff's Motion and Request for Expedited Hearing on Motion for Temporary Restraining Order and Preliminary Injunction filed on September 21, 2026 (the "Motion to Expedite", *see* Doc. 13). Defendant, Ramsey Diagnostics Corp. d/b/a Labb ("Labb"), filed its Memorandum in Opposition to the Motion to Expedite. Doc. 17.

The Motion to Expedite is straightforward, namely the request that this Court conduct a summary hearing to establish a scheduling order for the parties to prepare for and proceed to a hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction filed on September 18, 2026 ("Motion for TRO", Doc. 8). Labb and its counsel have been notified and served with copies of Plaintiff's Complaint, Motion for TRO and the supporting Memorandum, and Motion to Expedite. See Exhibit A. The underlying grounds for the Motion to Expedite are set

forth in these filings, particularly Plaintiff's Memorandum in Support of the Motion for TRO (Doc. 9 at 15, et seq.) and the Declaration of John Smith, Plaintiff's Executive Vice President, also filed on September 18, 2026 (Doc. 8-1).

In its filings, Plaintiff provides specific facts demonstrating that Plaintiff will be irreparably harmed if the status quo of the parties' business relationship is substantially disturbed or altered as demonstrated by the facts and circumstances set forth in the Motion for TRO. In its opposition memorandum to the Motion to Expedite, Labb embarks upon arguments that prematurely argue the merits of the Motion for TRO and Plaintiff's substantive causes of action in this case, but do not address the instant matter of this Court conducting a hearing to establish an expedited schedule for that process.

Moreover, in its memorandum, Labb states that it:

> "does not intend to imminently shut off the software and has not communicated such an intent to Fas-Tec or any of its franchisees. It would be a breach of the prevailing contract and expose Labb to damages that do not currently exist. Labb does not want to create damages for Plaintiff to pursue by turning off the software. Labb would only suspend a user's access to the software for matters such as violations of the terms of service or for non-payment more than 30 days past due."

Def's Opp. to Expedite, Doc. 17 at 4.

If this is Labb's response or position then it appears that Labb is amenable to entry of an order maintaining the status quo sought in the Motion for TRO and its further complaints as to the expediency in which such order is entered fall flat. This is not a situation of surprise or lack of information for the parties to adequately prepare for the hearing on Plaintiff's Motion for TRO, and Labb has not expressed

any specific prejudice that would result from an expedited scheduling order. The instant matter before the Court is the administrative task of simply setting a hearing for Plaintiff's timely filed and served Motion for TRO–and Plaintiff does not wish to follow Defendant into a debate upon the merits of the Motion or the case at large during the requested status conference.

## CONCLUSION

WHEREFORE, Plaintiff Fas-Tes respectfully requests that this Court grant this Motion, expedite the briefing schedule on the underlying TRO Motion, and set an expedited hearing on the matter.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Jason C. Greaves*

Jason C. Greaves, VSB No. 86164
Katie L. Raymond, VSB No 101624
BINNALL LAW GROUP, PLLC
717 King Street
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
katie@binnall.com

Robert M. Park (pro hac vice pending)
Chase C. Parsons (pro hac vice pending)
UHL, FITZSIMONS, BURTON, WOLFF & RANGEL, PLLC
4040 Broadway, Suite 430
San Antonio, Teas 78209
Phone: (210) 829-1660
Fax: (210) 829-1641
rpark@uhlfitzsimons.com
cparsons@uhlfitzsimons.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves, VSB No. 86164

*Counsel for Plaintiff*