# EXHIBIT A

**AFFIDAVIT OF SERVICE**

| Case: 2:26-cv-00961-RBS-LRL | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION | County: | Job: 16906059 |
|---|---|---|---|
| **Plaintiff / Petitioner:** FAS-TES FRANCHISE SYSTEMS, LLC | | **Defendant / Respondent:** RAMSEY DIAGNOSTICS CORP., d/b/a LABB | |
| **Received by:** One Source Process, LLC | | **For:** Binnall Law Group | |
| **To be served upon:** RAMSEY DIAGNOSTICS CORP., d/b/a LABB c/o Albert H. Poole, Registered Agent | | | |

I, Jeffrey Sawh, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** David B Oakley, 4705 Columbus Street Suite 100 , Virginia Beach, VA 23462

**Manner of Service:** Authorized, Sep 21, 2026, 3:25 pm EDT

**Documents:** [PROPOSED] ORDER; PLAINTIFF'S MEMORANDUM IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF JOHN SMITH ON BEHALF OF PLAINTIFF; PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; EXHIBIT PD 1-8 (Received Sep 21, 2026 at 6:17pm EDT)

**Additional Comments:**
1) Successful Attempt: Sep 21, 2026, 3:25 pm EDT at 4705 Columbus Street Suite 100 , Virginia Beach, VA 23462 received by David B Oakley. Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 234; Height: 6'1"; Hair: Bald; Eyes: Black; Relationship; Authorized Agent.

I declare under penalty of perjury that this information is true.

Jeffrey Sawh (signature) 9-25-26

Jeffrey Sawh **Date**

One Source Process, LLC
1133 13th St NW Ste C4
Washington, DC 20005
800-668-5448