**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**FAS-TES FRANCHISE SYSTEMS, LLC,**

***Plaintiff,***

v. Case No. 2:26-cv-961

**RAMSEY DIAGNOSTICS CORP., d/b/a LABB,**

***Defendant.***

**DEFENDANT RAMSEY DIAGNOSTICS CORP. D/B/A LABB'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant Ramsey Diagnostics Corp. d/b/a Labb ("Labb"), by counsel, respectfully moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss each count of Plaintiff's Complaint for failure to state a claim upon which relief can be granted for the reasons set forth more fully in the accompanying Memorandum of Law

Respectfully submitted.

**RAMSEY DIAGNOSTICS CORP.**

By:/s/David B. Oakley
Of Counsel

J. Bryan Plumlee, Esq., VSB No.: 44444
David B. Oakley, Esq., VSB No.: 72226
POOLE BROOKE PLUMLEE PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
Phone: 757-499-1841
Facsimile: 757-552-6016
bplumlee@pbp-attorneys.com
doakley@pbp-attorneys.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send the document and a notification of such filing (NEF) to the following counsel of record via Electronic Mail:

Jason C, Greaves—jason@binnall.com
Katie L. Raymond—katie@binnall.com

/s/ David B. Oakley

David B. Oakley, Esq., VSB No.: 72226
POOLE BROOKE PLUMLEE PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
Phone: 757-499-1841
Facsimile: 757-552-6016
doakley@pbp-attorneys.com