POOLE BROOKE PLUMLEE PC
ATTORNEYS

**Todd D. Rothlisberger, Esq.**

Direct Dial: (757) 552-6046
Email: trothlisberger@pbp-attorneys.com

August 11, 2026

**<u>Via Certified Mail, Return Receipt Requested</u>**
Fas-Tes Franchise Systems, LLC
Dave Claflin, President of Franchise Development
5718 University Heights Blvd., Suite 105
San Antonio, Texas 78249

RE: NOTICE OF BREACH AND REQUEST FOR CURE: Exclusive Supplier and Modified Software Development Agreement with Ramsey Diagnostics Corporation effective December 21, 2022 (the "**Agreement**")

Dear Mr. Claflin:

We issue this notice of breach and request for cure on behalf of Ramsey Diagnostic Corporation doing business as Labb ("Labb"). Fas-Tes Franchise Systems, LLC's ("FL") has breached the Agreement. Labb conducted an internal review and discovered FL (and/or its franchisees) are violating the exclusivity provisions of Section 1. FL acknowledged these violations. *See* addendum to the Agreement dated July 6, 2026. FL has thirty (30) days from the date of this notice to cure by auditing all records and paying Labb an amount equal to the Labb price for all products and services purchased or obtained from third-party vendors.

Labb further demands access to each franchisee's vendor payment schedule.

Attached hereto is notice to preserve documentation in anticipation of litigation. FL and each FL franchisee is expected to comply.

Very truly yours,
POOLE BROOKE PLUMLEE PC

By Todd D. Rothlisberger

/TDR

# DOCUMENT PRESERVATION NOTICE

Labb hereby provides notice that Fas-Tes Franchise Systems, LLC, Fast-Test Franchise Systems, LLC, and each and every franchisee, should preserve all documents, including but not limited to, electronically stored information, copies, backups and any paper files or documents maintained by any of them relevant to this dispute. This retention and preservation notice covers all documents and communications dated December 21, 2022 through present, that are relevant or potentially relevant to any urine, saliva, or hair drugs of abuse testing, and any point of care testing products and services.

This retention and preservation notice covers without limitation:

1. Any documents and communications relating to the operation of your business between December 21, 2022 and present.

2. Any documents and communications with franchisees related to drug testing, point of care testing, and clinical reference lab products and services between December 21, 2022 and present.

3. Any documents and communications relating to the financial and business records of Fas-Tes Franchise Systems, LLC and/or Fast-Test Franchise Systems, LLC and any and all franchisees between December 21, 2022 and present.

4. Any documents and communications related to purchases, payments, orders, and agreements with any non-Labb drug testing, point of care testing, or clinical reference lab provider.

This list is not intended to be exhaustive. Labb intends to seek the production of electronic data within your custody and control that is relevant to this matter including e-mails, text messages, direct messages, and other information contained on computer systems, phones, and other electronic devices and storage systems. Deletion of any electronic communications, documents, or any information relevant to this matter is strictly prohibited.

Documents include paper or other hardcopy form including handwritten notes, datebooks, calendars, call logs and summaries, diaries, notebooks, charts, graphs, and diagrams, as well as electronically stored information and includes drafts and final versions, public and non-public documents, and proprietary, privileged, and otherwise confidential information.

Communications include any oral, written, electronically transmitted or received information, statements, facts, opinions, questions, suggestions, commands, orders, and requests regardless of medium or format by any person, entity, or device.

No procedures should be implemented that would alter, delete or fragment any data, document, record, correspondence, or communication and nothing should be disposed of or destroyed.

You failure to comply with this notice may result in a court of competent jurisdiction entering an adverse inference against you.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fas-Tes Franchise Systems, LLC
Dave Claflin, President of Franchise Development
5718 University Heights Blvd, Ste 105
San Antonio, TX 78249

9590 9402 9545 5121 4248 71

2. Article Number *(Transfer from service label)*

9589 0710 5270 3468 6965 46

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3468 6965 46

9589 0710 5270 3468 6965 46

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

2086 8,120

Sent To
Fas-Tes Franchise Systems, LLC
Street and Apt. No., or PO Box No.
5718 University Heights Blvd Ste 105
City, State, ZIP+4®
San Antonio TX 78249 ABH

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions