UHL FITZSIMONS

4040 Broadway, Suite 430
San Antonio, Texas 78209
T 210.829.1660
F 210.829.1641
ufjbwlaw.com

August 18, 2026

Todd D. Rothlisberger
Poole Brooke Plumlee PC
4705 Columbus St., Ste. 100
Virginia Beach, VA 23462

***Via Email:* trothlisberger@pbp-attorneys.com**

Re: Response to Labb letter sent August 18, 2026.

Dear Todd:

Our firm is in receipt of your letter dated August 11, 2026 purportedly sent in response to our letter of August 14, 2026. Your response letter fails to address any of the issues raised in our correspondence and instead makes baseless claims that Fas-Tes Franchise Systems, LLC ("Fas-Tes") has breached the exclusivity provisions of the Agreement. Your letter does not identify the specific franchisees that are allegedly in breach or in what manner such breach has occurred.

The Agreement requires that Diagnostics Corporation D/B/A/ Labb ("Labb") identify the "offending" franchisee and the requirements of Sections 1.(a) and/or 1.(b) that were violated before Fas-Tes has any theoretical obligation to cure. Additionally, please provide your contractual authority for access to "each franchisee's vendor payment schedule."

As your response letter lacked any substantive response whatsoever to the serious issues raised in our August 14, 2026 letter, we can only conclude that Labb has refused our demand to cure. Our client would still prefer to reach a resolution to this matter without litigation but we are confident that should that be necessary Fas-Tes will prevail and recover attorneys' fees pursuant to Paragraph 8(f) of the Agreement.

I suggest you re-read our August 14, 2026 letter, counsel your client, and try again.

Sincerely,

*/s/ Robert M. Park*

Robert M. Park
UHL FITZSIMONS BURTON WOLFF & RANGEL PLLC.

cc: Fas-Tes c/o Matt Kunz