Outlook

## Numbers for Ilan in Henderson, NV

**From** Jeff Konecke <jeff.Konecke@labb.com>
**Date** Wed 7/15/2026 1:06 PM
**To** John Smith <john@fastestlabs.com>

Hi John

Here are the numbers for Ilan in Nevada.

2 Sites.
Number of Tests and Number of Direct Read are for 12 months ending June 30, 2026
Purchases are for the 14 months ending June 30, 2026

**Site 1**

Tests Performed - 1,396

Tests Purchased - 275

Direct Read - 1,349

---

**Site 2**

Tests Performed - 1,596

Test Purchased - 50

Direct Read - 1,539

**Combined 1&2**

Total Tests Performed - 2,992
Total Test Purchased - 325
Direct Read - 2,888

Plus his inventory still shows 699 Test Kits.

So the question is how he can have so many kits if he only bought 325 from us in 14 months. Plus, ran almost 3000 tests.

Thank You

Jeff