Outlook

## Re: Invoice - INV-050013 from Labb

**From** John Smith <john@fastestlabs.com>
**Date** Thu 10/3/2024 5:19 PM
**To** Kevin Taylor <kevin.taylor@fastestlabs.com>
**Cc** Dave Claflin <dave@fastestlabs.com>

Kevin,

We released updated pricing in an email to all users. I can see that it was delivered to you. Check your spam. If it isn't there, ask Jacob to resend it. The prices are live on the current pricing sheet on Franconnect.

The prices you are listing are not apples to apples.

The most recent change in the cup prices, which the 18C was most heavily affected by, is due almost solely to the "included confirmation" program.

The 18C should only be used for personal/criminal justice testing and not workplace testing. If you only use it for that you won't waste the extra $3/cup increase on your b2b testing. We had to do that because people are using it to confirm for ETG, MTD, and BUP.

The 6B numbers are the same - the majority of that is from the included confirmation program.

You are just paying for the confirmations up front vs on the back end when you do confirmations. How much are you charging for confirmations?

I notice your message doesn't include a thank you for the hard work to reduce your DOT pricing down to around the $13 mark.

Asking if we are trying to run you out of business is a really poor question. We are a franchisor. We only benefit if you do more sales. I have some questions. How many sales calls have you made this month to the mobile numbers provided to you by zoominfo? How many warm visits have you done? How much did you spend with Scorpion this month on advertising?

You don't seem to be super happy or like doing the outbound sales, which you signed up for. Have you considered listing your business for sale? We have a vendor that can now help you do that.

Here is the deal. I'm not mad. At the end of the day we are here to support you and help you but we are not a doormat. I have personally sat on calls with you to improve and tried coaching you. You told me you don't like doing the outbound calls or in person visits, a vital piece to growing your business. Insulting us and our partners is not professional nor is it helpful.

I am here to help and want nothing more than for you to succeed.

**It is our pleasure to serve,**

**John Smith** / Executive Director of Operations

Office: 210-641-2058

**Fas-Tes Franchise Systems LLC**

5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

On Thu, Oct 3, 2024 at 3:09 PM Kevin Taylor <kevin.taylor@fastestlabs.com> wrote:

> Hi Billing,
>
> I just received a bill for my request for a box of 25 (UA: 18C SVT) cups and a box of 25 (UA: 06A) cups.
>
> Your invoice has them down as $290.20 for 1 box of 25 which equates to $11.61 per cup. I know I am out of the wave 1, 2, and 3 discount group and that is fine, but back in Aug 2023 before the Labb Fusion 2 offer even came out I was only charged $149 for 3 boxes of (UA: 18 SVT) cups and now you are charging me $290.20 for 1 box. Where do you guys get these prices? This is a $240.54 up price.
>
> UA: 18 SVT per Box vs per cup
> Aug 2023 Per Box: $149 / Sep 2024 Per Box $290.20 = Increase of $141.20 per Box of 25 (around a 48.7% increase)
> Aug 2023 Per Cup = $5.96 / Sep 2024 Per Cup = $11.61 Per Cup = Increase of $5.65 per Cup (around a 48.6% increase)
>
> Then you charged me $169.82 for 1 box of (UA: 06A) cups and back on Aug 2023 (same on the same order as above) you charged me only $101.50 for 1 box of UA: 06B SVT (FL) which was mentioned in the invoice description that you charged me the same price as UA: 06A cups. This is a $68.32 up price.
>
> UA: 06A per Box vs per cup
> Aug 2023 Per Box = $101.50 / Sep 2024 Per Box = $169.82 = Increase of $68.32 per box of 25 (about 40.2% increase)
> Aug 2023 Per Cup = $3.74 / Sep 2024 Per Cup = $6.79 = Increase of $3.05 per cup (Around a 55% increase)
>
> So where are these outrages prices coming from and do all the other franchises realize that their cost for supplies from Labb is going to increase to this level once the wave discounts expire in 2025? None of these prices are representative of the prices quoted to us previously by Labb not even prior to the wave discounts? I am feeling very much targeted by Labb at this time. On top of

this I am having to take quarter to half a day to go through every Labb invoice to make sure they are correct now because of all of these mistakes and issues.

First you take away my wave 1 status because I spoke up about your very bad service and much higher prices. Then you try to charge me for services that never belonged to me (multiple times). Now you are targeting me (Fastest Labs of Corpus Christi) with extremely high prices (not shown on any price quote given to Fastest Labs Franchises) for supplies. The only thing that hasn't changed is your tablet service fee, but if I remember that is going to change as well starting next year.
So is this an attempt to drive certain franchisees out of business?

**It is our pleasure to serve,**

**Kevin Taylor | Owner-Operator**

Office: (361) 299-5004

Mobile: (803) 269-4345

kevin.taylor@fastestlabs.com

FASTEST LABS®
CLEAN FAST TESTING

**Fastest Labs of Corpus Christi**

5802 Yorktown Blvd B102 I Corpus Christi, TX 78414

Office: **361 306 2843**

**Website | Google Map Directions**

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information that is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

On Thu, Oct 3, 2024 at 10:59 AM Labb Billing <billing@labb.com> wrote:

Labb
formerly Smart Screens

Invoice #INV-050013

Dear Fastest Labs of Corpus Christi - 328TX,

We want to thank you for your business. Your satisfaction is our goal. If there is anything you think will help us serve you better, please do not hesitate to let us know.

Thank you for your prompt payment and we look forward to serving you.

**INVOICE AMOUNT**

**$480.42**

| | |
|---|---|
| Invoice No | **INV-050013** |
| Invoice Date | **October 01, 2024** |
| Due Date | **October 01, 2024** |

Click Here to View/Pay Invoice

Regards,
Labb
a Ramsey Diagnostics Corporation Brand

Outlook

## Re: 2024-25 Pricing Updates - a Letter from John and Labb

**From** John Smith <john@fastestlabs.com>
**Date** Wed 9/25/2024 10:55 AM
**To** Jamison Kortas <jamison.k@fastestlabs.com>
**Cc** James Ramsey <james@labb.com>

Per cup - thanks Jamison

**It is our pleasure to serve,**

**John Smith** / Executive Director of Operations

Office: 210-641-2058

**Fas-Tes Franchise Systems LLC**

5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

On Wed, Sep 25, 2024 at 9:38 AM Jamison Kortas <jamison.k@fastestlabs.com> wrote:

> Good Morning,
>
> Is the "
>
> - 6-panels will increase by $0.50 per test
> - 10-17 panels will increase by $1.00 per test
> - 18-panels (due to high ETG, MTD, and BUP confirmation costs) will increase by $3.00 per test"
>
> per confirmation or per cup?
>
> Thanks!

**It is our pleasure to serve,**

**Jamison Kortas | Owner**

Phone: (612) 552-FAST (3278)

**Fastest Labs of St. Paul**

1446 Mendota Road East I Inver Grove Heights, MN 55077

fastestlabs.com | click for directions!

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information that is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

On Wed, Sep 25, 2024 at 9:25 AM John Smith <saas=fastestlabs.com@hubspotstarter.hs-send.com> wrote:

small LOGO

brand-bar-steps (1)

A Letter to the Fastest Labs Family From John and Labb

Over the past nine months, we've been hard at work, gathering feedback, analyzing testing data, and engaging in discussions to shape the business around two key

objectives: delivering the best test technology and offering the lowest test prices.

Labb isn't about squeezing out profits from each test—they're all about scaling through high volume. And the bigger we get, the more unbeatable we become. With cutting-edge technology in place, testing costs decrease as volume grows. This means our competitive edge sharpens. To achieve this, Labb has made significant reductions to our DOT and non-DOT lab-based testing.

Here's where things get exciting—this week, **we're thrilled to announce that a third laboratory has been approved for all non-DOT urine and oral fluid testing!** This new lab gives Labb the power to offer lower pricing and even faster turnaround times.

What does this mean for you? **Non-DOT SAP panel prices are dropping to $13.29 per test for the lowest tests**. This new pricing sets us on a path to achieve our goals!

Labb is rolling out these lower prices across all non-DOT tests. And the best part? This new lab doesn't just bring competitive pricing with speed—it's also bringing advanced technology that will make ultra-flex with eCCF a reality by Q1 of 2025, with a target launch of January 1. The goal of a fully paperless solution by the new year is in sight!

But we've got even more good news—Labb is not waiting until January 1 to start rolling out this new pricing. Why wait? Beginning September 25th, this lower pricing will go live across the most popular panels, even while you continue using Quest for non-DOT services during development. You'll start seeing pricing relief immediately!

---

Price List

Now, let's talk about DOT testing! Labb has secured two new price points for Fastest Labs:

- **Reduced pricing of DOT testing to $13.29**, a reduction of $3.31 per test
- **A special DOT contract price tied to Labb's cost of $10.50 per test for statewide contracts!**

This is all about making you more competitive and giving you pricing that's below market to help you win those big state contracts.

## And Here's Proof this Works:

> **One of your fellow franchisees just landed a massive 6,500-DOT per year test contract with the Commonwealth of Pennsylvania using this exact contract vehicle. Not only did it help them win the bid, but it also maximized their profitability. It's a game-changer, and Labb is making this opportunity available to everyone!**

To make all these exciting changes happen, **we've lowered our pricing across all urine lab test pricing. Your existing pricing sheet will reflect these rates.**

The plan with Omega is to move to eCCF as they add ETG testing to their menu. By early 2025, the aim is to eliminate all paper chains for Omega, making 99% of non-DOT testing eCCF.

We're also seeing incredible success in the criminal justice (CJ) markets, and Labb plans to build new CJ technology to support those accounts. But it's important to note that our current confirmation program wasn't designed to handle both CJ and workplace testing simultaneously. If you're working with CJ accounts or planning to, please get approval from John before proceeding. CJ testing often involves confirmation of up to 100 drugs on 100 specimens, so it's essential to plan. We're

here to help you win business in this space, but we want to be smart about pricing to ensure it doesn't impact workplace test costs.

And now for some final great news—and a well-deserved congratulations! We've seen a fantastic increase in confirmations, and we applaud you for quickly adapting to these new standards. Yes, more confirmations mean higher costs, but they also mean more revenue for you. In line with this, we're updating the rapid drug testing confirmation program to cover the costs of increased confirms. Starting October 1, the following changes will take effect:

- 6-panels will increase by $0.50 per test
- 10-17 panels will increase by $1.00 per test
- 18-panels (due to high ETG, MTD, and BUP confirmation costs) will increase by $3.00 per test.

Price List

We hope these updates give you a clearer understanding of the actual cost of services. Both Labb and the Fastest Labs Home Office are dedicated to supporting your growth, and anything that stands in the way of that is simply not an option.

With all the exciting developments on the horizon, the future has never been brighter. Fastest Labs is on track to becoming the industry leader in both quality and size, and we're committed to pushing the envelope on innovation, cost, efficiency, and helping you outperform the competition.

We have included a very transparent price sheet with dates and details. With this new pricing, there will be no 3% price increase in January. The standard annual price increase has been accounted for in these discounts along with Omega. You are clear for 2025 using the pricing we have included. Please understand that we are in no way done building technology or seeking lower prices. It is our goal to

establish the best of everything for you, and we will continue working even after we do so.

brand-bar-steps (1)

Fastest Labs, 5718 University Heights Blvd, Suite 105, San Antonio, Texas 78249, 210-641-2058

Unsubscribe Manage preferences