## Matt Casey

**From:** Jeff Konecke <jeff.Konecke@labb.com>
**Sent:** Monday, September 28, 2026 4:32 PM
**To:** Matt Casey
**Subject:** Fw: Important : Fastest Labs and Labb

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

SEE BELOW

jEFF

---

**From:** Karen Tenney <karen@labb.com>
**Sent:** Monday, September 28, 2026 4:27 PM
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Subject:** Fw: Important : Fastest Labs and Labb

Per your request

Labb®
Key Accounts Director

877-868-9967 | 757-974-8269

Karen@Labb.com

labb.com

2115 Granby Street
Norfolk, VA. 23517

---

**From:** James Ramsey <james@labb.com>
**Sent:** Friday, November 10, 2023 10:21 AM
**To:** Long, Trisha N <Trisha.N.Long@questdiagnostics.com>
**Cc:** Karen Tenney <karen@labb.com>
**Subject:** Re: Important : Fastest Labs and Labb

Trisha,

I am available on Monday after 10 AM CST and before 1 PM CST.

I am flying out on Tuesday and will be at Fastest Labs all day on Wednesday. John wants to order all Quest products through Labb. If we need to sit down together in Lexena, let me know and I can route through Lenexa on the way home.

We all agreed that we want to move as quickly as is reasonable and we do not want ANYTHING going to CRL if we can avoid it. That is the goal. If we make the process simple and consolidate all 190 franchises will convert from CRL quickly.

James

---

**From:** Long, Trisha N <Trisha.N.Long@questdiagnostics.com>
**Sent:** Friday, November 10, 2023 10:02 AM
**To:** James Ramsey <james@labb.com>
**Cc:** Karen Tenney <karen@labb.com>
**Subject:** FW: Important : Fastest Labs and Labb

Hello,

Per John's email below he's stating that eBAT's and ePhysicals are going to go through LABB. How are you planning to do this? Last we spoke the integration for eBAT and ePhysicals was not setup. Are the sites going to just order those directly through ESP? I'm not showing we have LABB priced for eBAT and Ephysicals, so I'll prepare that and get it over to you.

Thank you,

Trisha N. Long
Senior Key Account Manager

Quest Diagnostics | Employer Solutions | Action from Insight | 10101 Renner Blvd. | Lenexa, KS 66219 USA | phone 913.895.2540 | trisha.n.long@questdiagnostics.com | QuestDiagnostics.com

Go Green with eCCF. To find out more about paperless drug testing for federal and non-federal workplaces visit our website or contact us online.

For healthcare providers: QuestDiagnostics.com/home/Covid-19/HCP/
For patients: QuestDiagnostics.com/home/Covid-19/Patients/

---

**From:** John Smith <john@fastestlabs.com>
**Sent:** Thursday, November 9, 2023 4:38 PM
**To:** Rouse, Eric B <Eric.B.Rouse@questdiagnostics.com>
**Cc:** Dave Claflin <dave@fastestlabs.com>; Long, Trisha N <Trisha.N.Long@questdiagnostics.com>; James Ramsey <james@labb.com>; Morris, Mark E <Mark.E.Morris@questdiagnostics.com>
**Subject:** Re: Important : Fastest Labs and Labb

**CAUTION!** This email originated outside of Quest Diagnostics. DO NOT click links or open attachments unless you recognize the sender and know the content is safe. Please report suspicious emails to: phish@questdiagnostics.com

Hey Eric,

Happy to answer these and set a game plan. Please let me know if you need anything else! My answers are in red.

1. Does the non-DOT testing only refer to the standard STL confirmations or other lab-based non-DOT urine testing, or will it include other testing modalities as well that Zee's might be currently using? This will include virtually all urine and hair testing.
2. I continue to receive new franchise office setups. Will I continue setting these up directly with Quest, or is that process going to be changing over the next 30-60 days?
    1. Once you transition the system over, will there be a need for any direct accounts for any Zee's? We plan to continue setup of new accounts through 12/31 as we begin the transfer process. Once fully complete, there will not be a need. We expect business to be flowing through these accounts for the next 6 to 9 months.
3. What is the timing of the communication to the Zee's to begin the transition, and when can we expect that volume to begin to shift over to Labb? Communication will begin later this month and the ramp up will begin at the end of December.
4. Once a Zee transitions to Labb, how can we proactively ensure they know who to reach out to for questions, given the support model change? Labb has invested heavily into support staff at their HQ to support Fastest Labs for this transition and our future growth. We have a dedicated POC to guide any support traffic and are jointly formulating a strong plan internally for transfer.
5. For the Zee's DOT testing, some currently utilize the eBAT and ePhysical ordering process. Will that remain direct or will that also be transitioning to Labb?
    1. How will the random pools that Zee's are currently running in ESP be transitioned over to Labb to ensure continuity for the testing? We will have the ability to conduct testing (including eBAT and ePhysical) through ESP under our account with Labb and they will be able to run random programs through Labb.

**It is our pleasure to serve,**
**John Smith** / Executive Director of Operations
Office: 210-641-2058
Calendar Links: 5min, 15min

**Fas-Tes Franchise Systems LLC**
5718 University Heights Blvd Suite 105 San Antonio, Texas 78249
www.fastestlabs.com

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

On Tue, Nov 7, 2023 at 10:39 AM Rouse, Eric B <Eric.B.Rouse@questdiagnostics.com> wrote:

> Good morning Dave,
>
> I hope you're feeling better, and I'm sorry we missed you last week! Regarding your e-mail below, I know you mentioned that the DOT and non-DOT testing will be moving to Labb through the LabFusion by the end of 2023/Jan 2024. I do have a few follow-up questions, just so everyone is on the same page, especially since we are almost halfway through Q4 at this time. If you feel a 30 minute conference call with the 6 of us might be easier, please let me know and we can get that scheduled in the next couple weeks.
>
> 1. Does the non-DOT testing only refer to the standard STL confirmations or other lab-based non-DOT urine testing, or will it include other testing modalities as well that Zee's might be currently using?

2. I continue to receive new franchise office setups. Will I continue setting these up directly with Quest, or is that process going to be changing over the next 30-60 days?

    1. Once you transition the system over, will there be a need for any direct accounts for any Zee's?

3. What is the timing of the communication to the Zee's to begin the transition, and when can we expect that volume to begin to shift over to Labb?
4. Once a Zee transitions to Labb, how can we proactively ensure they know who to reach out to for questions, given the support model change?
5. For the Zee's DOT testing, some currently utilize the eBAT and ePhysical ordering process. Will that remain direct or will that also be transitioning to Labb?

    1. How will the random pools that Zee's are currently running in ESP be transitioned over to Labb to ensure continuity for the testing?

Thank you in advance.

**Eric Rouse**
Senior Account Manager

**Upcoming PTO:**

For Self Service options please **Visit our customer support page**.

**Quest Diagnostics** | Employer Solutions | **We're There When You Need Us™** | 10101 Renner Blvd. | Lenexa, KS 66219 USA | **Phone** 816-277-7965 | **Fax** 913-549-9195 | Eric.B.Rouse@QuestDiagnostics.com | EmployerSolutions.com/Support

The DTI report: QuestDiagnostics.com/DTI

The Interactive Map: QuestDiagnostics.com/DrugMap

---

**From:** Dave Claflin <dave@fastestlabs.com>
**Sent:** Monday, October 23, 2023 12:10 PM
**To:** Long, Trisha N <Trisha.N.Long@questdiagnostics.com>; Rouse, Eric B <Eric.B.Rouse@questdiagnostics.com>; John Smith <john@fastestlabs.com>; James Ramsey <james@labb.com>; Morris, Mark E <Mark.E.Morris@questdiagnostics.com>
**Subject:** Important : Fastest Labs and Labb

**CAUTION!** This email originated outside of Quest Diagnostics. DO NOT click links or open attachments unless you recognize the sender and know the content is safe. Please report suspicious emails to: phish@questdiagnostics.com

Hello Eric, Mark and Trisha,

Please allow me to do my best to introduce you all to one another.

James Ramsey at LABB works closely with Trisha Long whereas I have been working with Quest for about 15 years and in the last few years have been working with Eric Rouse and Mark Morris.

I am the founder and CEO of Fastest Labs and I have had the pleasure of working with James Ramsey for many years since he launched Smart Screens (Now Labb) at Ramsey Diagnostic Corporation.

James and I have been discussing our continual transition to launch more testing through Labb and his choice of Quest as the preferred provider.

Last week Eric reached out with the following email, which is great timing to discuss what has been in the timeline for years and is occurring right now between Labb and Fastest Labs
and reveal to all of you since you work with James and I independently.

Eric sent this email -
***"I hope your week is going well! I know with the pricing we rolled out last month, all of our efforts are tied to the accounts that the franchises own directly with me and Quest.***
***Have you been able to determine how the LABB partnership may impact the partnership we are trying to grow together, or if you anticipate any changes in 2024 with how the testing will be divided between the 2 structures?"***

These are the right questions to ask and my answer is simple and is the same as it was in December2022/January2023. Eric reached out to ask about the major national announcement that was made regarding the continued Fastest Labs collaboration and roll out with Labb.
I explained to Eric for clarity, that prior to Eric becoming our rep we have been adding Quest accounts for over 12 years and we have Laboratory needs for both Non-DOT and DOT. I explained that most of our franchise system
will not utilize Labb's laboratory services until DOT UA is available and will not switch their NON DOT UA services until DOT works because our clients want the same COC's and lab reports rather than laboratory reports from numerous vendors.
(This is why our franchisees typically stick with one lab for consistency of the reporting format and to avoid confusion with their clientele.)
I also explained that many of our locations will not use Quest because they prefer CRL due to their lower pricing than Quest, faster turnaround times and service levels.
I told Eric that we have many clients that do not want to use Quest because of the post COVID experiences where they saw a decline in turnaround times and lower satisfaction.

For this reason I explained to Eric that offering lower pricing may help garner more business from the franchisees, but once Labb is able to perform DOT and NON DOT UA testing through our LabFusion software,
we will use Labb. This is because we are contractually obligated to use Labb's Quest services. This will streamline our processes and allow us to use one laboratory instead of many labs like Medtox, Alere, Omega and CRL to name a few.

I'd like to start by expressing my appreciation for the efforts made by Eric Rouse over the past few years. He has significantly enhanced our understanding of Quest's laboratory services and has helped to substantiate Labb's opinion of Quest.
Although our previous experiences, primarily related to turnaround times, with Quest have been less than ideal, we fully respect Labb's decision to use Quest as the primary laboratory for 2024.

Fastest Labs is set to transition its laboratory services to Labb by year-end. We've been patiently awaiting the completion of specific technologies critical to this transition. Now that Labb has released the
DOT technology for Fastest Labs use, we are eager to begin testing the technology that links Quest's laboratory services to our rapidly growing network of franchise locations.

As explained, it will be contractually mandatory for all Fastest Labs locations to switch their laboratory services to Labb by the end of 2023/Jan 2024.
Fastest Labs and Labb are in essence joined at the hip because of our testing software and synergy of needs for lab services so we anticipate seeing an increase in volume.

The last part of Eric's question is how it will be divided, basically all services that Labb offers that can be utilized by Fastest Labs will be honored per our long term agreement with Labb, so all DOT UA lab tests and all Non-DOT UA lab tests
will funnel straight through Labb.

The GREAT news is ultimately and either way Quest ends up getting all of our volume through Labb for our nationwide collective DOT UA and Non DOT UA lab tests that currently go primarily through CRL.
CRL has the lowest pricing and best turnaround times, as an example $10.50 for a DOT UA. We also have significant volume going through Alere at $11.00 for a DOT UA and a bit through Medtox at $11.50.
Quest is our highest priced lab and my sincere wish is that they could match CRL to encourage a stronger partnership with Labb and Fastest Labs.
What can we do to have Labb receive a match on the $10.50 pricing from Quest that CRL gives Fastest Labs currently, especially given the volume that is coming soon?

Labb will also receive our current volume of DOT UA and Non-DOT UA tests that are currently flowing through the direct individual Fastest Labs franchise Quest accounts.

The only portion that would not go through LABB would be services that involve specialty testing, these services could still flow through each individual Fastest Labs franchisee's corporate accounts with Quest directly until
LABB develops the ability with Quest to capture this volume as well. Examples are: All Specialty testing needs, hair testing, steroid tests or tests that Quest offers that are not available through Labb.

Lastly, I would like to announce that we have 167 locations open nationwide and have another 233 sold and in development. That is 400 locations total with another 200+ that are being marketed for sale.
Bottom line is there is opportunity to capture a larger volume of Fastest Labs business through LABB.

We eagerly anticipate the ongoing partnership with Quest through Labb for 2024 and potentially beyond. Given our strategic alignment with Labb and their decision to use Quest,
we want the best working relationship possible moving forward and the best pricing for the volume to excite the franchisees.

**It is our pleasure to serve,**
**Dave Claflin** / CEO
Office: 210-641-2058 / dave@fastestlabs.com

**Fas-Tes Franchise Systems LLC**
Fax: 210-696-5526
5718 University Heights Blvd, Suite 105, San Antonio, Texas 78249
http://fastestlabs.com/
NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

The contents of this message, together with any attachments, are intended only for the use of the person(s) to which they are addressed and may contain confidential and/or privileged information. Further, any medical information herein is confidential and protected by law. It is unlawful for unauthorized persons to use, review, copy, disclose, or disseminate confidential medical information. If you are not the intended recipient, immediately advise the sender and delete this message and any attachments. Any distribution, or copying of this message, or any attachment, is prohibited.

This email has been scanned for spam and viruses. Click here to report this email as spam.