**From:** Matt Kunz <matt@fastestlabs.com>
**Sent:** Monday, July 13, 2026 4:44 PM
**To:** Matt Kunz <matt@fastestlabs.com>
**Cc:** Karen Tenney <karen@labb.com>; Kelly Ray <kelly.ray@labb.com>; Jeff Konecke <jeff.Konecke@labb.com>
**Subject:** Action Required: Drug Test Kit Purchasing Compliance

Hello Owners,

The attached memorandum is response to our recent finding that many owners are using drug test kits purchased from vendors other than Labb. This memorandum serves as a formal cease and desist notice regarding this activity for those franchisees.

Please take the time to carefully review the attached memorandum from Matt Kunz and Jeff Konecke, President of Labb, which outlines the matter and the required actions moving forward.

Thank you for your attention to this matter.

Thank you,

**Matt Kunz** / President & CEO
Office: 210-641-2058
Cell: 815-739-1218
matt@fastestlabs.com
Book Time With Me

FASTEST LABS®
CLEAN FAST TESTING

5718 University Heights Blvd
Suite 105
San Antonio, Texas 78249

http://fastestlabs.com/

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

This email has been scanned for spam and viruses. Click here to report this email as spam.

# MEMORANDUM

**TO:** All Fastest Labs Franchisees
**FROM:** Matt Kunz President & CEO Fastest Labs
Jeff Konecke, President, Ramsey Diagnostics Corporation, d/b/a Labb
**DATE:** July 13, 2026
**RE:** Adherence to the Agreement between Labb and Fastest Labs Regarding POCT Exclusivity

---

This memorandum is issued jointly by the Fastest Labs Home Office and Labb, and it serves as a formal **cease and desist notice**.

We want to begin by recognizing the strong, long-standing partnership between Fastest Labs and Labb, and the many franchisees who operate every day in full compliance with our agreements. This notice is not a reflection of your effort or your intentions. It concerns a specific contractual requirement that must be honored across the entire network so that every location, and the Fastest Labs brand itself, stays protected. We are writing because that requirement is not being met everywhere, and it needs to be corrected right away.

**Current audit and review**

Labb is conducting internal audits and reviews of the point of care (POCT) testing performed by Fastest Labs franchisees. This work draws on data from multiple sources, including information provided by the Fastest Labs Home Office. The purpose is straightforward: to identify any location that is not operating in compliance with the platform terms of service and with Labb's exclusive supply agreement with Fastest Labs.

The current audit is limited to the past twelve months. Please understand, however, that Labb reserves the right to extend its review to all testing, not only rapid testing, going back to the date of the Agreement in December 2022. Continued non-compliance after this notice may cause both the audit period and its scope to be expanded.

**The requirement**

To leave no room for doubt, the Agreement in force between Labb and Fastest Labs requires that 100 percent of all rapid tests used by Fastest Labs and its franchisees be purchased through Labb, exclusively. Purchasing or using POCT products from any other supplier is a serious breach of that Agreement.

If your location is using non-Labb POCT products, please understand what is at stake. This practice exposes both your franchise and Fastest Labs to legal risk, has caused and continues to cause financial harm to Labb, and creates potential liability for everyone involved. In addition, where clients have been told that your facility uses proprietary reader technology, including as described in the Fastest Labs on-hold recordings, delivering something different may amount to a misrepresentation of the services those clients believe they are receiving.

Because of the seriousness of these issues, this memorandum is the final cease and desist notice Labb intends to send before referring the matter to counsel.

**Required immediate action**

To prevent further harm, every location that is out of compliance must take the following steps without delay:

1. Stop using any non-Labb POCT products or devices. There are no exceptions. Continued use after receipt of this notice will require Labb to take further steps to prevent additional violations.
2. Remove all non-Labb POCT products from service. They may not be used with or without the Labb Station or Lab Fusion systems.
3. Inform your staff of this notice and instruct them that only Labb-branded (or Lab Fusion) POCT products purchased from Labb may be used.
4. If you do not have Labb inventory on hand, place an order immediately so that your supply matches your testing volume.

**System changes**

To ensure that only POCT products purchased from Labb are used, the following changes are being made within the Labb system, effective immediately:

5. All POCTs must be scanned into the system. Any test entered without being scanned will be treated as a violation. This includes uploading rapid test result documentation. Use of the document upload feature for this purpose will result in suspension of that feature.
6. Direct Read capability has been turned off for all Fastest Labs locations. Only results read from a device purchased from Labb will be accepted by the system.
7. As permitted under the Agreement, Labb will begin random, periodic compliance reviews. Where discrepancies are found, Labb will conduct a comprehensive audit covering the full term of the current contract. This includes sending "secret shoppers" into franchise locations to verify which rapid test kits are being used.

**Compliance and consequences**

Compliance with the Agreement is mandatory. Labb will begin tracking compliance effective immediately. After today, if any non-Labb POCT product is found to have been used at your facility, that facility will be subject to a full comprehensive audit covering the period from December 2022 forward (approximately three and a half years). Violations identified in that audit could result in:

- Labb seeking the full purchase price for every rapid test kit found to be in violation.
- Termination of your Channel Partner Program (CPP) Agreement for cause, and/or suspension from future CPP programs.
- Formal notice that your franchise is in default of its Agreement with Labb and of the terms of your Franchise Agreement. A failure to cure that default could lead to further defaults and, ultimately, to termination of your Franchise Agreement.

**A clear path forward**

We would much rather help you come into compliance than pursue any of the steps described above. If your location is affected, the fastest way to resolve this is simple: stop using non-Labb products today and place your Labb order. Labb is ready to accept your order and ship POCT products to your facility right away.

If you have any questions about this notice, please contact Labb or the Fastest Labs Home Office. We are here to help you get this right.

Respectfully,

Jeff Konecke
President
Ramsey Diagnostics Corporation, d/b/a Labb

And

Matt Kunz
President & CEO
Fastest Labs