Jeff

---

**From:** Matt Kunz <matt@fastestlabs.com>
**Sent:** Friday, July 10, 2026 2:29 PM
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Cc:** John Smith <john@fastestlabs.com>
**Subject:** Re: Followup on your Call

Jeff,

Thank you for time today. As discussed here are some bullet points to change the timeline and tone of a notice to the system.

Please review and if needed let's jump on another call.

We are moving forward towards a new agreement and new software. While we have been digging into data, we have discovered violations of the exclusive POCT requirement with Labb. This is unacceptable and must be corrected.
We need all franchise owners to become compliant and stay compliant going forward for this relationship with a key vendor and Fastest Labs to remain on good standing.

- Violations of the exclusive purchase requirement with Labb found after July 31st 2026 will result in:
    - A default of their franchise agreement subject to an audit of that owners purchase history going back as far as December 2022.
    - Violations found in this audit will result in payments due by the offending franchisee to Labb at a rate of $5 per each laboratory test purchased through a third-party vendor.
    - Failure to cure this default and audit could result in additional defaults up to termination of the franchise agreement.

This is all easily avoidable by just getting into compliance and staying in compliance by July 31, 2026.

Thank you,

**Matt Kunz** / President & CEO
Office: 210-641-2058
Cell: 815-739-1218
matt@fastestlabs.com
Book Time With Me

FASTEST LABS®
CLEAN FAST TESTING

5718 University Heights Blvd
Suite 105
San Antonio, Texas 78249

http://fastestlabs.com/

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---

**From:** Jeff Konecke <jeff.Konecke@labb.com>
**Date:** Friday, July 10, 2026 at 11:39 AM
**To:** Matt Kunz <matt@fastestlabs.com>
**Subject:** Re: Followup on your Call

I'm available 1:15 et if that works

Jeff

**From:** Matt Kunz <matt@fastestlabs.com>
**Sent:** Friday, July 10, 2026 12:26 PM
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Subject:** Re: Followup on your Call

Jeff,

Let me know when we can jump on a call please.

Thank you,

**Matt Kunz** / President & CEO
Office: 210-641-2058
Cell: 815-739-1218
matt@fastestlabs.com
Book Time With Me

FASTEST LABS®
CLEAN FAST TESTING

5718 University Heights Blvd
Suite 105
San Antonio, Texas 78249

http://fastestlabs.com/

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---

**From:** Jeff Konecke <jeff.Konecke@labb.com>
**Date:** Friday, July 10, 2026 at 8:40 AM
**To:** Matt Kunz <matt@fastestlabs.com>
**Subject:** Followup on your Call

Matt,

I saw your message last night. I had already left to help with move-in and wasn't able to call back — apologies for the delay.

First, let me be clear: I am not trying to start a war with the franchisees. But the more I have Kelly and Karen dig into the numbers, the more the extent of the violations come into focus. When you and I began working on the Amendment, we assumed the use of outside labs like CRL and USDTL, was the core issue. However, what I'm finding is that was just the tip of the iceberg.

Many franchisees are routinely buying POCT products from vendors other than LABB. (Clearly documented by the huge discrepancy between the number of tests in the system and the number of tests actually purchased.) That's a direct violation of the current Agreement. (POCT Exclusivity is in the current and will remain in any new agreement. That is what the LABB system was designed and built for.) To be clear, All POCT products must be purchased from LABB - that point isn't negotiable.

As I am seeing, however, is that is not the reality on the ground. The franchisees know they are in violation,n and corporate knows they are in violation. (Since the issue was raised with John and Dave in the past.) What I know is it has to stop NOW. The only way that happens though is if corporate steps in and tells them directly. But that is the issue, we've had multiple franchisees reach out to us this week, saying they were told by the home office they could use other labs and tests - in one case, that they were even given specific pricing guidance of what the pricing from a vendor should be.

To be clear on where things stand now: YES, we have agreement on pricing that goes into effect September 1and we are working toward a new term sheet that will result in a new agreement. The New pricing and amendment addresses lab issue and takes that problem off the table by permitting outside labs. It does not, however, permit outside POCT products to be used. That exclusivity remains in place now and in the any future agreement.

The memo I sent you was designed to address the POCT issue. It has not gone to franchisees, nor has it been shared with any franchisee in detail. The intent is to bring franchisees into compliance now, not on September 1 or whenever a new agreement is signed. This was sent to you first to bring you into the loop and get your assistance dealing with the POCT problem. (But dealing with it now - since every month this goes on LABB is losing money.)

IT should be noted that even though nothing has been sent, just the rumor that something is coming has already produced some reactions. Including:

1. A few franchisees placing orders in noticeably higher quantities than their recent history.
2. Franchisees calling to help adjust system inventory because they "found" some tests. do we have
3. Franchisees calling to explain why they'd been using other products and who told them they could.

These are all good signs - the word is getting out that compliance with the existing Agreement is required. But it is just a start. What we ultimately send to the franchisees will be absolute. Get into compliance now, correct the past violations and stay in compliance moving forward. (Do that and we all grow and proser together.)

I sent you that memo to show you what we're proposing. The goal is to bring franchisees into compliance and help them cure past and current issues, not to punish them. We're giving them a chance to acknowledge what happened and correct it. In the end, it costs them nothing. Any amount determined to be owed is credited back to them to use toward product purchases. But requiring the admission, and requiring the product purchase, gives us assurance that they won't continue buying POCT elsewhere and that we won't have to revisit this same fight later, under either the current agreement or the new one.

I also want to be clear: we know this isn't all of the franchisees. It's concentrated in a segment of the franchisee base. But the ones in violation have influence and do affect what other franchisees do. By violating the Agreement they are cheating us, you, and every franchisee who's playing by the rules.

Jeff

---

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

**From:** Matt Kunz <matt@fastestlabs.com>
**Sent:** Friday, July 10, 2026 6:20 PM
**To:** Jeff Konecke <jeff.Konecke@labb.com>
**Cc:** John Smith <john@fastestlabs.com>
**Subject:** Re: Followup on Calls and Memo

Jeff,

I'd like to see this written up in a revised memo.

Couple points.

- I'm fine moving the date to immediate compliance expectation.
- I'm also fine leaving in the unannounced audits; however, I don't think you realize how much of a pain in the butt and expense doing them really is. But the threat should be enough to help with compliance.
- Send me the data on the three identified and will begin the audit notification process. Just a heads up, our franchise agreement gives them 30 days to gather and present requested information.
  - Luis is in the middle of a transfer that will close soon.
- Regarding turning off Direct Read, while I understand the reasoning, this will affect remote onsite so the process to turn it on needs to be quick and efficient.
- We cannot agree to amnesty for lost royalties, once that is said, we lose the agreement given right to audit anyone prior to the date of this notice. We have an ongoing random and select audit practice that specifically looks for unreported revenue.

Once we have the updated notice, we can get it queued up for a late Monday afternoon send.

Thank you,

**Matt Kunz** / President & CEO
Office: 210-641-2058
Cell: 815-739-1218
matt@fastestlabs.com
Book Time With Me

FASTEST LABS®
CLEAN FAST TESTING

5718 University Heights Blvd
Suite 105
San Antonio, Texas 78249

http://fastestlabs.com/

NOTICE OF CONFIDENTIALITY The documents accompanying this electronic mail message contain information which is confidential and/or legally privileged. The information is intended only for the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this information is prohibited. If you have received this electronic mail message in error, please notify us by telephone immediately.

---

**From:** Jeff Konecke <jeff.Konecke@labb.com>
**Date:** Friday, July 10, 2026 at 2:31 PM

**To:** Matt Kunz <matt@fastestlabs.com>
**Subject:** Followup on Calls and Memo

HI Matt

Here is were we are at.

First the items related to the LAB Violations are removed from the conversation right now. We have the agreement in place and as long as that is completed in a timely manner as layed out that issue is solved. There was the thought to collect that so the $100K does not come from corporate - but we are fine leaving topic to rest.

Second - the issue of the POCT compliance. We can be in agreement that the timeline given for self reporting, auditing etc is short and potentially unreasonable. (Even though I have seen and been subject to shorter.) But giving them until July 31 to continue to violate the agreement and use outside POCT products is not reasonable either. When you break the law and the cops catch you you, you have to stop. Then not 19 days later.

Thus, the memo going out has to include that they must immediately cease and desist using any other non-LABB POCT device. IF they have nonLABB POCT in their facilities, they must be disposed of. (Cost of violation.)

We are turning off direct read capability in the system. This eliminated the potential to use nonLabb products. (Unless of course they work completely off line and does not enter or record the result anywhere else.) IF there is a site that legitimately needs direct read, they can call and request it. We will then look at their history and as long as it does not show a pattern that looks like using nonLabb products we will turn it back on.

In the agreement, we have the right to audit if we feel there is an issue. Home office will support us in those efforts and if a violation is suspected moving forward. Audits are subject to a full review back to the start date.

Three of the violators that are "standout violators" we do feel need to be pursued.
Louis Ramariz - 1133 more tests run then purchased
Ilan Dascalu - 2717 more tests run then purchased
Rachel George - 1080 more tests run then purchased
These three we feel need to be sent the warning and the chance to come clean and settle up.

In the review we have also noticed a spike in Lab Confirmations. In the past year the confirmation rate has more then doubled. (This is outside the range that would be expected and that labs have seen from others.) Because we provide a bundled price, we suspect, but cannot prove, that nonLabb POCT is used and if positive put into our cup and sent to lab. This has got to stop. And another reason why they are not going to be given till July 31 to get compliant. They must do it now.

Franchises will be reminded of the Positive rate build into the bundled pricing. If they go over this rate then they will be billed. (This will help prevent use of outside tests and then transfer to our cups.)

Come July 31 we are going to begin to track purchases, results entered and inventory levels at sites. This will be done on a random basis. If we see any pattern that would lead us to believe they are using nonLabb POCT then we provide that to you and expect home office support of a full audit as described above.

Your language in your email would also be included in the email along with the above.
Only with the threat of losing their business can the policy have any force and any new agreement have force.

We also would ask to put in and have home office support that we have the right under the agreement to do onsite inspections - without notice - to confirm and ensure no products that are banned are being used.

Lastly, for all practical purposes - with the exception of the three names above that appear to be the major violators - we are offering amnesty to the franchisees. They cease and desist their violations now and do not violate in the future. Just the three listed have cost LABB $60-70K this year. (Maybe more if our belief they were using our kits for confirmation only) That extrapolated out over all the franchises could amount to hundreds of thousands in lost revenue this year alone. With that in mind we have mentioned before that it was our belief that you guys should also be concerned about the lost royalties due to nonLabb product use. Thus, we are will to provide this "amnesty" for past transgressions - provided that Fastest Labs corporate also provides a similar amnesty for transgressions revealed as a result of information given to or learned through this exercise.

We know we cant stop it all, but we are going to make every effort to stop this practice now. The new platform will also have things build in to further prevent this in the future.

Let me know your thoughts on above compromise and I will draft a new memo. I want something going to every franchise Monday. And to the above three on Monday also.

Jeff

---

This email has been scanned for spam and viruses. Click here to report this email as spam.