# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

October 29, 2026

**MINUTES OF PROCEEDINGS IN** Open Court

PRESENT: **THE HONORABLE Rebecca Beach Smith, SENIOR U.S. DISTRICT JUDGE**

Deputy Clerk: **Maria Karpov** Reporter: **Jody Stewart, OCR**

| Set: 2:00 pm | Started: 2:00 pm | Ended: 4:00 pm |
|---|---|---|
| Time in Court: 2 hours | Recess: | |

**Case No. 2:26cv961**

**Fas-Tes Franchise Systems, LLC,**
**Plaintiff/Counter Defendant**
**v.**

**Ramsey Diagnostics Corp.,** ***doing business as Labb,***
**Defendant/ Counter Claimant**

Attorneys Chase Parsons, PHV, and Jason Greaves, present on behalf of Plaintiff and Counter Defendant. Corporate Representatives, John Smith and Matt Kunz Present.

Attorneys David Oakley and John Plumlee, present on behalf of Defendant and Counter Claimant. Corporate Representative, Jeff Konecke Present.

Matter came on for Plaintiff and Counter Defendant's [8] MOTION for Temporary Restraining Order and Preliminary Injunction and [13] MOTION to Expedite Briefing and Request for Hearing on Doc. No. 8; as well as Defendant and Counter Claimant's [21] MOTION to Dismiss for Failure to State a Claim.

Comments of the Court.

Argument of Counsel heard re [21] Defendant/Counter Claimant's Motion to Dismiss for Failure to State a Claim.

The Court takes the Motion to Dismiss for Failure to State a Claim under advisement and will issue an Order.

Arguments of Counsel heard re [13] Motion to Expedite Briefing and Request for Hearing on Doc. No. 8.

Parties entered into an agreement with regard to the [8] Preliminary Injunction. Terms of the agreement read into the record.

The Court DIRECTED Counsel to submit the written stipulations outlining the terms of their agreement no later than 5:00 pm on 11/03/2026.

Court adjourned.