**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**FAS-TES FRANCHISE SYSTEMS, LLC,**

***Plaintiff,***

v. Case No. 2:26-cv-961

**RAMSEY DIAGNOSTICS CORP., d/b/a LABB,**

***Defendant.***

**AGREED ORDER**

This matter was noticed for a hearing before the Court on October 29, 2026, to consider Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. (Dkt. No. 8). Based upon the agreement of the parties before the Court on October 29, 2026, to dispose of the need for a ruling on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Court did not hold a hearing on the motion, and it is hereby ORDERED that the parties are hereby bound to their stipulated agreement as follows:

1. Plaintiff shall notify all of its franchisees that they must pay Defendant the $249.00 monthly Software Fee and the monthly Revenue Fee of $149.00 plus an additional $149.00 for every additional $10,000 in revenue as provided for in the document attached to Plaintiff's Complaint as Exhibit 2. (Dkt. No. 1-3.);
2. Defendant shall segregate the two monthly Revenue Fees paid by Plaintiff's franchisees in a separate interest-bearing escrow account to be held until determination by the Court or upon agreement of the parties as to whether Defendant is entitled to keep the Revenue Fees or return them to the franchisees;
3. Defendant shall not shut down the current software used by Plaintiff's franchisees; and

Neither the payment of the monthly Software Fee nor the monthly Revenue Fees by Plaintiff's franchisees nor the instruction by Plaintiff to its franchisees that they must make such payments during the pendency of this lawsuit shall be deemed a waiver by Plaintiff to argue the unenforceability of the document attached as Exhibit 2 to Plaintiff's Original Complaint (Dkt. No. 1-3.). It is further ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 8) is WITHDRAWN without Prejudice.

IT IS SO ORDERED.

/s/ -RBS
**Rebecca Beach Smith**
**Senior United States District Judge**

Date: November 4, 2026

Hon. Rebecca Beach Smith
Judge, United States District Court

WE ASK FOR THIS:

/s/ David B. Oakley
J. Bryan Plumlee, Esq., VSB No.: 44444
David B. Oakley, Esq., VSB No.: 72226
POOLE BROOKE PLUMLEE PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
Phone: 757-499-1841
Facsimile: 757-552-6016
bplumlee@pbp-attorneys.com
doakley@pbp-attorneys.com
*Attorneys for Defendant*

WE ASK FOR THIS:

/s/ Jason C. Greaves
Jason C. Greaves, VSB No. 86164
Katie L. Raymond, VSB No 101624
BINNALL LAW GROUP, PLLC
717 King Street
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
katie@binnall.com

/s/ Chase C. Parsons
Chase C. Parsons, *pro hac vice*
UHL, FITZSIMONS, BURTON, WOLFF & RANGEL, PLLC
4040 Broadway, Suite 430
San Antonio, Texas 78209
Phone: (210) 829-1660
Fax: (210) 829-1641
cparsons@uhlfitzsimons.com
*Attorneys for Plaintiff*